| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____ Chapter ___11___ |

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | Bean Brothers Landscaping, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 87-1479747 |

| | | | |
| --- | --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>969 Reepsville Road<br>Lincolnton, NC 28092<br>Number, Street, City, State & ZIP Code<br><br>Lincoln<br>County | **Mailing address, if different from principal place of business**<br><br>1869 Cline Farm Road<br>Lincolnton, NC 28092<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | beanbrotherslandscaping.com |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   Bean Brothers Landscaping, LLC                                    Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**   A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check **all** that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor   Bean Brothers Landscaping, LLC _____          Case number (*if known*) _____
      Name

| 11. | Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|---|

☒   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### ▨ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Bean Brothers Landscaping, LLC _____    Case number (*if known*) _____
       Name

---

### ▊ Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
          MM / DD / YYYY

**X** /s/  Nathan Bean _____    Nathan Bean _____
    Signature of authorized representative of debtor    Printed name

Title    Member _____

---

**18. Signature of attorney**

**X** /s/ John C. Woodman _____    Date _____
    Signature of attorney for debtor        MM / DD / YYYY

John C. Woodman _____
Printed name

ESSEX RICHARDS PA _____
Firm name

1701 South Boulevard
Charlotte, NC 28203 _____
Number, Street, City, State & ZIP Code

Contact phone    (704) -37-7-43x00 _____    Email address    jwoodman@essexrichards.com _____

42365 NC _____
Bar number and State

## COMPANY RESOLUTION

I, the undersigned, being the officer BEAN BROTHERS LANDSCAPING, LLC a North Carolina limited liability company (the "Company"), having a registered office at 1869 Cline Farm Rd., Lincolnton, NC 28092 do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

**FURTHER RESOLVED**, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Essex Richards, P.A., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
September 4, 2025

**BEAN BROTHERS LANDSCAPING, LLC**

By: _____

Print Name: Nathan Bean
Its: Manager

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| BEAN BROTHERS LANDSCAPING, LLC. | ) | Case No. 25- |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **BEAN BROTHERS LANDSCAPING, LLC** in the above captioned action, certifies that the following is a limited liability company, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

Nathan Bean – 100%

Date: September 4, 2025
Charlotte, NC

**ESSEX RICHARDS, P.A.**

_/s/ John C. Woodman___
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
_Counsel for the Debtor_

**BEAN BROTHERS LANDSCAPING, LLC**

By: _____

Print Name: Nathan Bean
Its: Manager

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **BEAN BROTHERS LANDSCAPING, LLC.** | ) | **Case No. 25-** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

## LIST OF EQUITY SECURITY HOLDERS

       Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Nathan Bean – 100%

Date: September 4, 2025
Charlotte, NC

                                     **ESSEX RICHARDS, P.A.**

                                     */s/ John C. Woodman*
                                     John C. Woodman (NC Bar No. 42365)
                                     1701 South Boulevard
                                     Charlotte, North Carolina 28203
                                     Tel: (704) 377-4300
                                     Fax:  (704) 372-1357
                                     E-mail: jwoodman@essexrichards.com
                                     *Counsel for the Debtor*

                                     **BEAN BROTHERS LANDSCAPING, LLC**

                                     By: _____

                                     Print Name: Nathan Bean
                                     Its: Manager

# United States Bankruptcy Court
## Western District of North Carolina

In re    Bean Brothers Landscaping, LLC

Debtor(s)

Case No. 

Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____

/s/  Nathan Bean
Nathan Bean/Member
Signer/Title

1869 Cline Farm Road
Lincolnton, NC 28092


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


John C. Woodman
1701 South Blvd.
Charlotte, NC 28203


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


1DC Funding
633 NE 167th St.
Unit 1205
Miami, FL 33162


Advance Auto Parts
4200 Six Forks Rd.
Raleigh, NC 27609


Allegiance Staffing
5726 Root Rd.
Spring, TX 77389


Ally - 2049
P.O. Box 380901
Bloomington, MN 55441


Ally - 2142
P.O. Box 380901
Bloomington, MN 55440


Ally - 4987
P.O. Box 380901
Bloomington, MN 55438

Ally - 5904
P.O. Box 380901
Bloomington, MN 55442


Ally - 9628
P.O. Box 380901
Bloomington, MN 55439


Amur
304 West 3rd St.
P.O. Box 2555
Grand Island, NE 68801


Bean Brothers Landscaping, LLC
969 Reepsville Road
Lincolnton, NC 28092


Breeze Advance
478 Albany Avenue, Ste. 17
Brooklyn, NY 11203


Breeze Capital
301 SW 1st Ave.
Fort Lauderdale, FL 33301


Capital One Auto Finance
P.O. Box 60511
City of Industry, CA 91716


Cintas
P.O. Box 630803
Cincinnati, OH 45263


Crossroads - 7355
9385 Haven Ave.
Rancho Cucamonga, CA 91730


Crossroads - 8220
9385 Haven Ave.
Rancho Cucamonga, CA 91730


Finvest Capital
c/o Ershowsky Verstandig, PLLC
290 Central Avenue, Suite 109
Lawrence, NY 11559


First Citizens - 4000
P.O. Box 27131
Raleigh, NC 27611


First Citizens - 6000
P.O. Box 27131
Raleigh, NC 27612

First Citizens - 6000
P.O. Box 27131
Raleigh, NC 27613


Great Lakes Petroleum
P.O. Box 936940
Atlanta, GA 31193


Harrels Fertilizer
13321 Carowinds Blvd., #A
Charlotte, NC 28273


Home Depot
2455 Paces Ferry Rd., SE
Atlanta, GA 30339


Hometown Capital
P.O. Box 10275
Jackson, TN 38308


KTC Broadcasting, Inc.
P.O. Box 415
Cherryville, NC 28021


Lincoln County Tax Collector
100 E. Main St., #3
Lincolnton, NC 28092


Lowes
1000 Lowe's Blvd.
Mooresville, NC 28117


Markham Landscape Supplies
P.O. Box 481029
Charlotte, NC 28269


Nexi Funding
20803 Biscayne Blvd., Ste. 300
Aventura, FL 33180


O'Reileys Auto Parts
233 South Patteren Avenue
Springfield, MO 65802


On Deck Capital
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009


PNC - 4339
P.O. Box 747066
Pittsburgh, PA 15274


PNC - 4748
P.O. Box 747066
Pittsburgh, PA 15274

PNC - 4759
P.O. Box 747066
Pittsburgh, PA 15274


PNC - 7273
P.O. Box 747066
Pittsburgh, PA 15274


Rocket Capital
1250 E. Hallandale Beach Blvd., Ste. 505
Hallandale, FL 33009


Sani-a-Can
P.O. Box 306652
Nashville, TN 37230


Sheffield - 1043
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 3401
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 3715
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 4267
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 4951
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 5473
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 6792
P.O. box 580229
Charlotte, NC 28258


Sheffield - 7092
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 7642
P.O. Box 580229
Charlotte, NC 28258


Sheffield - 9389
P.O. Box 580229
Charlotte, NC 28258

```
SiteOne
300 Colonial Center Parkway, Ste. 600
Roswell, GA 30076


Stellantis
5757 Woodway Dr., Ste. 400
Houston, TX 77057


Sunbelt
P.O. box 409211
Atlanta, GA 30384


Synchrony
P.O. Box 669802
Dallas, TX 75266


Toyota Financial - 4496
P.O. Box 22171
Tempe, AZ 85285


Toyota Financial - 8097
P.O. Box 22171
Chandler, AZ 85286


Truist - 9001
215 N. Tryon St., Ste. 3
Charlotte, NC 28202


Truist - 9001
216 N. Tryon St., Ste. 3
Charlotte, NC 28202


Truist - 9001
217 N. Tryon St., Ste. 3
Charlotte, NC 28202


Truist - 9002
214 N. Tryon St., Ste. 3
Charlotte, NC 28202


Truist Credit Card 1901
216 N. Tryon St., Ste. 3
Charlotte, NC 28202


Truist Credit Card 1935
215 N. Tryon St., Ste. 3
Charlotte, NC 28202


Truist Credit Card 2956
214 N. Tryon St., Ste. #
Charlotte, NC 28202


Truist Credit Card 6126
217 N. Tryon St., Ste. 3
Charlotte, NC 28202
```

Uniform - 1937
828 13th St. Place SW
Hickory, NC 28602

Uniform - 1938
828 13th St. Place SW
Hickory, NC 28602

Uniform - 3343
830 13th St. Place SW
Hickory, NC 28602

United Bank
800 Nicollet
Minneapolis, MN 55402

Universal Environmental
411 Dividend Dr.
Peachtree City, GA 30269

US Bank Credit Card
P.O. Box 790408
Saint Louis, MO 63179

Wells Fargo - 1000
420 Montgomery St.
San Francisco, CA 94104

Wells Fargo - 1001
421  Montgomery St.
San Francisco, CA 94104

Wells Fargo - 1001
422 Montgomery St.
San Francisco, CA 94104

Wex Fuel
P.O. Box 57748
Salt Lake City, UT 84157

YardCard TD Bank
P.O. Box 23072
Columbus, GA 31902