**Fill in this information to identify the case:**

Debtor name     Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40201

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  *Amended Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    10-3-25         X /s/   Nathan Bean        /s/ Nathan Bean
                                        Signature of individual signing on behalf of debtor

                        Nathan Bean        *Nathan Bean*
                        Printed name

                        Member
                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40201

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................   $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $ _____ 927,218.89

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $ _____ 927,218.89

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................................   $ _____ 1,978,874.77

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................   $ _____ 0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................   +$ _____ 989,938.41

4.   Total liabilities ...................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 2,968,813.18

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40201

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Truist Bank | Checking | 6595 | $0.00 |
| 3.2.  Truist Bank | Savings | 9153 | $0.00 |
| 3.3.  FirstFederal Savings Bank | Checking | 366 | $5,747.58 |
| 3.4.  First Federal Savings Bank | Checking | 1189 | $3,722.33 |
| 3.5.  First Federal Savings Bank | Checking | 372 | $1,483.08 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$10,952.99

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 1

Debtor  **Bean Brothers Landscaping, LLC**                    Case number *(If known)*  25-40201
_____
Name

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

    7.1.   Security deposit to Romanda, LLC for rental of 1405 Shannon Bradley Road, Gastonia, NC              $3,500.00

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                    | $3,500.00 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.   Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:          98,007.73      -        286.00   =....          $97,721.73
                              face amount        doubtful or uncollectible accounts
                              Accounts Receivable

    11b. Over 90 days old:          26,139.13      -        13,625.38   =....          $12,513.75
                              face amount        doubtful or uncollectible accounts
                              Accounts Receivable

12. **Total of Part 3.**                                                                    | $110,235.48 |
    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

    ☒ No.   Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.   Go to Part 6.
    ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Chemicals, Seed, Fertilizer | | $24,077.42 | Cost | $24,077.42 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | Bean Brothers Landscaping, LLC | Case number *(If known)* 25-40201 |
|--------|-------------------------------|-----------------------------------|
|        | Name                          |                                   |

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$24,077.42

**24.** **Is any of the property listed in Part 5 perishable?**
☐ No
☒ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value ____24,077.42____ Valuation method ____Cost____ Current Value ____24,077.42____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------|----------------------------|-----------------------------------|
| **39.** **Office furniture** 2 cubicles; 6 desk; 6 chairs; 2 cabinets; 1 drop safe | $600.00 | Liquidation | $600.00 |
| **40.** **Office fixtures** 1 rack (Gastonia); 3 racks (Denver); 3 racks (Lincolnton) | $325.00 | Liquidation | $325.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** 5 computers; 2 printers; 8 cameras | $245.00 | Liquidation | $245.00 |
| 23 phones; 8 tablets (Verizon) | $630.00 | Liquidation | $630.00 |

**42.** **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$1,800.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor   Bean Brothers Landscaping, LLC                                    Case number *(If known)* 25-40201
         _____
         Name

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46.   **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.   Go to Part 9.
      ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   Vehicles - SEE ATTACHMENT | $491,500.00 | Market | $491,500.00 |
| 47.2.   Trailers - SEE ATTACHMENT | $14,000.00 | Market | $14,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 50.   **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Heavy Equipment - SEE ATTACHMENT | $159,500.00 | Market | $159,500.00 |
| Skid Steer Attachments - SEE ATTACHMENT | $6,500.00 | Liquidation | $6,500.00 |
| Mini Skid Steer Attachments -- SEE ATTCHMENT | $9,000.00 | Liquidation | $9,000.00 |
| Mini X Attachments -- SEE ATTCHMENT | $22,750.00 | Liquidation | $22,750.00 |
| Mowers -   SEE ATTCHMENT | $72,200.00 | | $72,200.00 |

51.   **Total of Part 8.**                                                              $775,450.00

      Add lines 47 through 50.   Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ☒ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 9:   Real property**

54.   **Does the debtor own or lease any real property?**

      ☐ No.   Go to Part 10.
      ☒ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   Bean Brothers Landscaping, LLC                                    Case number *(if known)*  25-40201
         _____
         Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Lease office space at 969 Reepsville Road, Lincolnton, NC from Bean Brothers Real Estate for $1,453.53 per month; expires August 10, 2047 | | $0.00 | | Unknown |
| 55.2.   Lease office/building space at 1405 Shannon Bradley Road, Gastonia, NC from Romanda, LLC for $2,300 per month; expires August 14, 2028 | | $0.00 | | Unknown |
| 55.3.   Lease space at N NC16 Business Hwy., Denver, NC 28033 from Phillips & Tsoulos Properties for $1,200 per month; expires 2027 | | $0.00 | | Unknown |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
|---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** www.beanbrotherslandscaping.com | $1.00 | | $1.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Bean Brothers Landscaping, LLC                          Case number (If known) 25-40201
          Name

---

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties**<br>Pesticide License | $1.00 | $1.00 |

---

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**
Social Media:   Facebook; TikTok; YouTube;
Linkedin; Instagram                          $1.00                          $1.00

---

65. **Goodwill**

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                                      | $3.00 |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
Guardian Life Insurance on Nathan Bean (Kristen Bean is
the beneficiray); current cash value $1,200                                      $1,200.00

74. **Causes of action against third parties (whether or not a lawsuit
has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

Potential action against Danny Craig, Jr.                                        Unknown
Nature of claim
Amount requested                    $0.00

---

Debtor    Bean Brothers Landscaping, LLC                          Case number *(if known)*  25-40201
            Name

|  | Potential action against Mark Davis (breach of contract) | Unknown |
|---|---|---|
| | **Nature of claim** | |
| | **Amount requested**                $0.00 | |

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

|  | Bean Brothers Hardware & Supply, LLC owes debtor. | Unknown |
|---|---|---|

78.   **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.                                          $1,200.00

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Bean Brothers Landscaping, LLC    Case number *(If known)* 25-40201
_____
Name

---

### Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,952.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $110,235.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $24,077.42 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,800.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $775,450.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $3.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,200.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $927,218.89 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $927,218.89 |

BBL Schedule A/B Part 3

Bean Brothers Landscaping Schedule A/B Part 3    #11

| | All | Doubtful | Total |
|---|---|---|---|
| A/R Due Over 90 as of 9/5/25 | 26139.13 | $13,625.38 | $12513.75 |
| A/R Due Under 90 as of 9/5/25 | $98,007.73 | $286.00 | $97,721.73 |
| Total | - | - | $110,235.48 |
| Client name | Balance $ | Due | As of 9/5/25 | |
|---|---|---|---|---|
| James Miller | $310.96 | May 31, 2025 | Over 90 | |
| Eugene William | $256.88 | May 30, 2025 | Over 90 | |
| The Bluffs at Waterside Crossing | $252.00 | May 20, 2025 | Over 90 | |
| Jamie & Aaron Moore | $2,877.29 | May 09, 2025 | Over 90 | |
| Cindy Turner | $129.54 | Apr 30, 2025 | Over 90 | |
| Eugene William | $256.88 | Apr 30, 2025 | Over 90 | |
| James Miller | $158.58 | Apr 30, 2025 | Over 90 | |
| Jamie & Aaron Moore | $448.82 | Apr 30, 2025 | Over 90 | |
| Jill Elmer | $249.00 | Apr 30, 2025 | Over 90 | |
| David Moore | $503.59 | Nov 30, 2024 | Over 90 | Bad Debt |
| Sheila Colas | $508.25 | Nov 30, 2024 | Over 90 | Bad Debt |
| David Dorsey | $176.88 | Nov 29, 2024 | Over 90 | Bad Debt |
| Joey Reep | $146.00 | Nov 13, 2024 | Over 90 | Bad Debt |
| David Dorsey | $240.41 | Oct 30, 2024 | Over 90 | Bad Debt |
| David Dorsey | $158.16 | Oct 30, 2024 | Over 90 | Bad Debt |
| David Moore | $251.79 | Oct 30, 2024 | Over 90 | Bad Debt |
| Madison Newton | $251.79 | Oct 30, 2024 | Over 90 | Bad Debt |
| Montavious Bost | $251.79 | Oct 30, 2024 | Over 90 | Bad Debt |
| Sheila Colas | $528.59 | Oct 30, 2024 | Over 90 | Bad Debt |
| Tyler Ortiz | $251.79 | Oct 30, 2024 | Over 90 | Bad Debt |
| Joey Reep | $75.93 | Oct 16, 2024 | Over 90 | Bad Debt |
| Madison Newton | $272.33 | Sep 30, 2024 | Over 90 | Bad Debt |
| Montavious Bost | $242.10 | Sep 30, 2024 | Over 90 | Bad Debt |
| Sheila Colas | $516.83 | Sep 30, 2024 | Over 90 | Bad Debt |
| Signal Hill Apartments | $2,902.28 | Sep 30, 2024 | Over 90 | Bad Debt |
| Tyler Ortiz | $261.86 | Sep 30, 2024 | Over 90 | Bad Debt |
| Bean Brothers Hardware | $4,664.40 | Sep 26, 2024 | Over 90 | Debtor Owns |
| Joey Reep | $75.92 | Sep 26, 2024 | Over 90 | Bad Debt |
| Kipp Angel | $202.43 | Sep 12, 2024 | Over 90 | Bad Debt |
| Kipp Angel | $210.52 | Aug 30, 2024 | Over 90 | Bad Debt |
| Madison Newton | $242.11 | Aug 30, 2024 | Over 90 | Bad Debt |
| Signal Hill Apartments | $2,694.97 | Aug 30, 2024 | Over 90 | Bad Debt |
| Shayla Holder | $69.70 | Aug 03, 2024 | Over 90 | Bad Debt |
| Bean Brothers Real Estate | $249.60 | Jun 30, 2024 | Over 90 | Debtor Owns |
| Bean Brothers Real Estate | $300.00 | May 31, 2024 | Over 90 | Debtor Owns |
| Bean Brothers Real Estate | $240.00 | May 01, 2024 | Over 90 | Debtor Owns |
| Bean Brothers Real Estate | $240.00 | Mar 31, 2024 | Over 90 | Debtor Owns |
| Signal Hill Apartments | $195.49 | Mar 31, 2024 | Over 90 | Bad Debt |
| Bean Brothers Real Estate | $240.00 | Mar 01, 2024 | Over 90 | Debtor Owns |
| Signal Hill Apartments | $299.14 | Mar 01, 2024 | Over 90 | Bad Debt |
| Bean Brothers Real Estate | $180.00 | Feb 01, 2024 | Over 90 | Debtor Owns |
| Bean Brothers Real Estate | $300.00 | Dec 31, 2023 | Over 90 | Debtor Owns |
| Bean Brothers Real Estate | $180.00 | Dec 01, 2023 | Over 90 | Debtor Owns |
| Bean Brothers Real Estate | $120.00 | Oct 31, 2023 | Over 90 | Debtor Owns |

BBL Schedule A/B Part 3

| | | | | |
|---|---|---|---|---|
| *Bean Brothers Real Estate* | *$247.20* | *Oct 01, 2023* | *Over 90* | *Debtor Owns* |
| Joyce Nemitz | $95.08 | Sep 07, 2023 | Over 90 | Bad Debt |
| Zoe Green | $102.53 | Sep 01, 2023 | Over 90 | Bad Debt |
| *Bean Brothers Real Estate* | *$247.20* | *Aug 31, 2023* | *Over 90* | *Debtor Owns* |
| *Bean Brothers Real Estate* | *$180.00* | *Aug 31, 2023* | *Over 90* | *Debtor Owns* |
| Stuart Ellis | $165.50 | Aug 29, 2023 | Over 90 | Bad Debt |
| Stacey Barber | $173.05 | Aug 25, 2023 | Over 90 | Bad Debt |
| Joyce Nemitz | $98.77 | Aug 24, 2023 | Over 90 | Bad Debt |
| Pam McConnell | $92.30 | Aug 24, 2023 | Over 90 | Bad Debt |
| Stacey Barber | $172.57 | Aug 11, 2023 | Over 90 | Bad Debt |
| Joyce Nemitz | $96.13 | Aug 10, 2023 | Over 90 | Bad Debt |
| Pam McConnell | $95.99 | Aug 10, 2023 | Over 90 | Bad Debt |
| *Bean Brothers Real Estate* | *$185.40* | *Jul 31, 2023* | *Over 90* | *Debtor Owns* |
| Hope Floyd | $70.32 | Jul 27, 2023 | Over 90 | Bad Debt |
| Joyce Nemitz | $102.71 | Jul 27, 2023 | Over 90 | Bad Debt |
| Pam McConnell | $99.83 | Jul 27, 2023 | Over 90 | Bad Debt |
| Stacey Barber | $178.66 | Jul 14, 2023 | Over 90 | Bad Debt |
| Pam McConnell | $99.83 | Jul 13, 2023 | Over 90 | Bad Debt |
| Devon Carlisle | $107.96 | Jul 12, 2023 | Over 90 | Bad Debt |
| Jerrica | $66.64 | Jul 07, 2023 | Over 90 | Bad Debt |
| Pam McConnell | $103.82 | Jun 29, 2023 | Over 90 | Bad Debt |
| Jerrica | $69.22 | Jun 26, 2023 | Over 90 | Bad Debt |
| Pam McConnell | $103.82 | Jun 01, 2023 | Over 90 | Bad Debt |
| **Over 90 Total** | **26139.13** | | | |
| American Woodmark | $7,729.28 | Sep 30, 2025 | Under 90 | |
| Brandy and Adam Hayes | $266.54 | Sep 30, 2025 | Under 90 | |
| Burn Boot Camp | $1,809.60 | Sep 30, 2025 | Under 90 | |
| Charlotte Porter | $225.33 | Sep 30, 2025 | Under 90 | |
| Cherryville Scooters | $405.60 | Sep 30, 2025 | Under 90 | |
| Chris Scronce | $114.40 | Sep 30, 2025 | Under 90 | |
| Cintas | $466.96 | Sep 30, 2025 | Under 90 | |
| Coats Railroad Rd | $507.00 | Sep 30, 2025 | Under 90 | |
| Concentrix of Hickory | $1,059.06 | Sep 30, 2025 | Under 90 | |
| Dan Rokovitz | $657.80 | Sep 30, 2025 | Under 90 | |
| Danny and Fannie Milton | $296.40 | Sep 30, 2025 | Under 90 | |
| David/Parker Schram | $520.00 | Sep 30, 2025 | Under 90 | |
| Denver Scooters | $355.33 | Sep 30, 2025 | Under 90 | |
| Filspec USA LLC | $1,556.08 | Sep 30, 2025 | Under 90 | |
| General Shale | $390.21 | Sep 30, 2025 | Under 90 | |
| Grace Industrial Service LLC | $76.26 | Sep 30, 2025 | Under 90 | |
| Jackie Osterhout | $191.36 | Sep 30, 2025 | Under 90 | |
| Jason Saine | $621.92 | Sep 30, 2025 | Under 90 | |
| Jeff Daniels | $360.36 | Sep 30, 2025 | Under 90 | |
| Josh Morrison | $382.64 | Sep 30, 2025 | Under 90 | |
| Kendrick Farm | $3,324.89 | Sep 30, 2025 | Under 90 | |
| Lance Newby | $260.00 | Sep 30, 2025 | Under 90 | |
| Lincolnton Scooters | $302.03 | Sep 30, 2025 | Under 90 | |
| Liz Craig | $455.22 | Sep 30, 2025 | Under 90 | |
| Marion Fontaine | $206.96 | Sep 30, 2025 | Under 90 | |
| Mark Rednour | $457.60 | Sep 30, 2025 | Under 90 | |

BBL Schedule A/B Part 3

| | | | | |
|---|---|---|---|---|
| Nicholas Perkins | $505.70 | Sep 30, 2025 | Under 90 | |
| Peter Toro | $517.92 | Sep 30, 2025 | Under 90 | |
| Sylvia White | $270.40 | Sep 30, 2025 | Under 90 | |
| The Bluffs at Waterside Crossing | $4,236.70 | Sep 30, 2025 | Under 90 | |
| Karen & Wes Stout | $2,827.48 | Sep 22, 2025 | Under 90 | |
| Gena/Doug Tallent | $124.70 | Sep 02, 2025 | Under 90 | |
| Solis Birkdale - Greystar | $449.45 | Sep 02, 2025 | Under 90 | |
| Charlotte Porter | $362.26 | Aug 30, 2025 | Under 90 | |
| Chris Scronce | $114.40 | Aug 30, 2025 | Under 90 | |
| Cintas | $466.96 | Aug 30, 2025 | Under 90 | |
| Coats Railroad Rd | $227.50 | Aug 30, 2025 | Under 90 | |
| Concentrix of Hickory | $1,059.06 | Aug 30, 2025 | Under 90 | |
| Danny and Fannie Milton | $296.40 | Aug 30, 2025 | Under 90 | |
| Denver Scooters | $355.33 | Aug 30, 2025 | Under 90 | |
| Filspec USA LLC | $1,556.08 | Aug 30, 2025 | Under 90 | |
| Hathaways Hills | $3,394.56 | Aug 30, 2025 | Under 90 | |
| Jason Saine | $621.92 | Aug 30, 2025 | Under 90 | |
| Jeff Daniels | $637.56 | Aug 30, 2025 | Under 90 | |
| Kendrick Farm | $2,034.33 | Aug 30, 2025 | Under 90 | |
| Lance Newby | $260.00 | Aug 30, 2025 | Under 90 | |
| Lincolnton Scooters | $302.03 | Aug 30, 2025 | Under 90 | |
| Lithia Townhomes | $7,312.50 | Aug 30, 2025 | Under 90 | |
| Lithia Townhomes | $1,625.00 | Aug 30, 2025 | Under 90 | |
| Montreko Gaddy | $187.20 | Aug 30, 2025 | Under 90 | |
| Peter Toro | $517.92 | Aug 30, 2025 | Under 90 | |
| Samantha Michelson | $316.33 | Aug 30, 2025 | Under 90 | |
| Shelton Ridge HOA | $743.82 | Aug 30, 2025 | Under 90 | |
| Wolf's Self Storage | $286.00 | Aug 30, 2025 | Under 90 | Bad Debt |
| *Bean Brothers Hardware* | *$12,480.00* | *Aug 29, 2025* | *Under 90* | *Debtor Owns* |
| *Bean Brothers Real Estate* | *$8,840.00* | *Aug 29, 2025* | *Under 90* | *Debtor Owns* |
| Julie Hendricker | $1,662.50 | Aug 29, 2025 | Under 90 | |
| Ames Copper Group | $1,546.13 | Jul 30, 2025 | Under 90 | |
| *Bean Brothers Hardware* | *$67.60* | *Jul 30, 2025* | *Under 90* | *Debtor Owns* |
| *Bean Brothers Real Estate* | *$62.40* | *Jul 30, 2025* | *Under 90* | *Debtor Owns* |
| Brandon Boulding | $206.96 | Jul 30, 2025 | Under 90 | |
| Brandy and Adam Hayes | $266.54 | Jul 30, 2025 | Under 90 | |
| Chris Scronce | $114.40 | Jul 30, 2025 | Under 90 | |
| Coats Railroad Rd | $0.00 | Jul 30, 2025 | Under 90 | |
| Danny and Fannie Milton | $296.40 | Jul 30, 2025 | Under 90 | |
| Eugene William | $247.00 | Jul 30, 2025 | Under 90 | |
| Filspec USA LLC | $1,556.08 | Jul 30, 2025 | Under 90 | |
| James Miller | $310.96 | Jul 30, 2025 | Under 90 | |
| Jamie Collins | $207.06 | Jul 30, 2025 | Under 90 | |
| Jill Elmer | $258.96 | Jul 30, 2025 | Under 90 | |
| Larry Lupori | $206.96 | Jul 30, 2025 | Under 90 | |
| Lithia Townhomes | $1,562.50 | Jul 30, 2025 | Under 90 | |
| Michael Houston | $344.41 | Jul 30, 2025 | Under 90 | |
| Olga Hamby | $260.00 | Jul 30, 2025 | Under 90 | |
| Pepsi Cherryville | $2,967.50 | Jul 30, 2025 | Under 90 | |
| Renae Patterson | $253.06 | Jul 30, 2025 | Under 90 | |

BBL Schedule A/B Part 3

| | | | |
|---|---|---|---|
| Scott Greenberg | $270.40 | Jul 30, 2025 | Under 90 |
| Secure Storage Park | $383.06 | Jul 30, 2025 | Under 90 |
| Solis Birkdale - Greystar | $2,100.00 | Jul 30, 2025 | Under 90 |
| Christy Kopp | $3,132.61 | Jul 18, 2025 | Under 90 |
| Bruce Knight | $135.20 | Jun 30, 2025 | Under 90 |
| Chris Scronce | $114.40 | Jun 30, 2025 | Under 90 |
| Eugene William | $247.00 | Jun 30, 2025 | Under 90 |
| James Miller | $310.96 | Jun 30, 2025 | Under 90 |
| Jamie & Aaron Moore | $414.96 | Jun 30, 2025 | Under 90 |
| Jennifer Gibbs | $206.96 | Jun 30, 2025 | Under 90 |
| Jill Elmer | $258.96 | Jun 30, 2025 | Under 90 |
| Renae Patterson | $253.06 | Jun 30, 2025 | Under 90 |
| Ann Knafelz | $1,854.40 | Jun 14, 2025 | Under 90 |
| **Under 90 Total** | **$98,007.73** | | |

Schedule A/B Attachment
Part & Questions #47 and #50

| Schedule | Vehicles | VIN/Serial | Quantities | Balance | Private Party Value | Mileage | Creditor | LEASED TO DEBTOR |
|---|---|---|---|---|---|---|---|---|
| 47 | 2020 Ram 5500 Dump Truck | 3C7WRNFL7LG164251 | 1 | $41,334.40 | $29,000.00 | 83,250 | Ally | |
| 47 | 2020 Ram 2500 | 3C6UR5JL0LG116786 | 1 | $44,830.55 | $20,000.00 | 66,010 | United | |
| 47 | 2023 Isuzu Dove Tail Crew Cab | 54DC41D6PS203865 | 1 | $42,888.50 | $19,000.00 | 56,079 | Crossroads | |
| 47 | 2023 Isuzu Dove Tail Crew Cab | 54DC41D2PS201322 | 1 | $40,961.53 | $19,000.00 | 61,220 | Crossroads | |
| 47 | 2019 Ram 5500 Flat Bed | 3C7WRNEL5KG662190 | 1 | $47,761.16 | $35,000.00 | 68,988 | Ally | |
| 47 | 2018 Ram 3500 | 3C63R3AJ9JG133100 | 1 | $21,474.35 | $8,000.00 | 151,333 | Ally | |
| 47 | 2020 Toyota Corolla Hybrid | JTDEBRBE2LJ028457 | 1 | $18,122.44 | $5,000.00 | 137,888 | Unifour | Nathan Bean |
| 47 | 2020 Toyota Corolla Gas | 5YFEPRAE0LP098313 | 1 | $18,348.72 | $3,500.00 | 162,123 | Unifour | Nathan Bean |
| 47 | 2024 Isuzu Dove Tail Single Cab | 54DB4W1D9RS205573 | 1 | $44,661.64 | $20,000.00 | 45,789 | Ally | Nathan Bean |
| 47 | 2024 Isuzu Dove Tail Crew Cab | 54DC41D0RS221586 | 1 | $60,514.06 | $25,000.00 | 37,423 | Toyota Financial | |
| 47 | 2024 Ram 5500 Utility Bed - TOTALED | 3C7WRNEL0RG129786 | 1 | $137,425.00 | $0-Totaled | 11,534 | Amur | VEHICLE TOTALED |
| 47 | 2022 Ram 1500 Sport | 1C6SRFBT3NN385435 | 1 | $38,234.20 | $22,000.00 | 33,219 | Stellantis | |
| 47 | 2024 GMC Yukon | 1GKS2DKL5RR379382 | 1 | $70,152.70 | $45,000.00 | 13,458 | Ally | |
| 47 | 2020 Toyota Corolla | 5YFEPRAE3LP053141 | 1 | $16,671.63 | $3,500.00 | 151,161 | Unifour | Nathan Bean |
| 47 | 2023 Ram 3500 Dump Truck | 3C7WRTAL8PG646244 | 1 | $73,743.20 | $40,000.00 | 16,989 | Ally | Nathan Bean |
| 47 | 2024 Ram 5500 Service Truck w/Rack | 3C7WRNFL2RG339082 | 1 | $73,743.20 | $45,000.00 | 12,432 | First Citizens | |
| 47 | 2019 Ram 1500 Pickup Truck | 1C6SRFGT3KN592248 | 1 | $129,022.08 | $45,000.00 | 101,493 | Finance | |
| 47 | 2022 Ram 4500 Utility 4x4 Diesel | 3C7WRLFL8NG224688 | 1 | $42,096.24 | $14,000.00 | 43,983 | First Citizens | Nathan Bean |
| 47 | 2024 Ram 3500 Laramie 4x4 Diesel | 3C63R3EL1RG109719 | 1 | $73,367.00 | $35,000.00 | 37,213 | First Citizens | |
| 47 | 2024 Ram 5500 Utility Truck | 3C7WRNFL8RG419031 | 1 | $103,222.00 | $48,500.00 | 6,895 | First Citizens | |
| | **Total Vehicle Payments** | | | **$1,138,198.40** | **$491,500.00** | | | |
| | | | | | | | | |
| | Trailers | VIN/Serial | | Balance | Party Value | Hours | Creditor | |
| 47 | 2024 30' Gooseneck | 4YMGU3023RG029550 | 1 | $14,959.32 | $5,000.00 | n/a | Hometown Capital | Nathan Bean |
| 47 | 2023 Scag Leaf Vac Trailer | T2200002 | 1 | $6,842.22 | $4,000.00 | n/a | Sheffield | |
| 47 | 2024 Diamond C Tilt Trailer | 46UFU222XR1279Z299 | 1 | $19,270.79 | $5,000.00 | n/a | Truist | |
| | **Total Trailer Payments** | | | **$41,072.33** | **$14,000.00** | | | |
| | | | | | | | | |
| | Heavy Equipment | VIN/Serial | | Balance | Party Value | | Creditor | |
| 50 | s650 Bobcat Skid Steer | B1CA17711 | 1 | $18,200.00 | $9,000.00 | | AG South Carolina Farm Credit | |
| 50 | T76 Skid Steer with Attachments | B4CE18324 | 1 | $70,395.47 | $15,000.00 | 1457.3 | Truist | BBHardware Pays This |

1

| A/B | No. | Description | Model/Serial | Qty | Cost | Value | | Creditor |
|---|---|---|---|---|---|---|---|---|
| A/B | 50 | MT100 Mini Skid with Attachments | B52P24083 | 1 | $25,973.27 | $6,000.00 | 878.2 | Synchrony |
| A/B | 50 | E60 Mini X with Attachments | WTNH09000S239M | 1 | $122,229.13 | $35,000.00 | 427.2 | Wells Fargo |
| A/B | 50 | MT100 Mini Skid with Attachments | B52P44406 | 1 | $53,443.96 | $6,000.00 | 398.9 | PNC |
| A/B | 50 | Bobcat Tamp Large | 40134 | 1 | $5,349.52 | $1,000.00 | 120.3 | PNC |
| A/B | 50 | Bobcat Tamp Large | 5240 | 1 | $5,349.52 | $1,000.00 | 140.9 | PNC |
| A/B | 50 | E35 Mini with Attachments | B57919463 | 1 | $77,375.49 | $16,500.00 | 612.2 | PNC |
| A/B | 50 | Attachments | B5LD13457 | 1 | $77,375.49 | $5,000.00 | 513.9 | PNC |
| A/B | 50 | MT100 Mini Skid with Attachments | B52P46554 | 1 | $70,650.57 | $7,000.00 | 398.5 | PNC |
| A/B | 50 | e20 Mini X #1 | B5VG12480 | 1 | $41,593.16 | $10,000.00 | 313.9 | Trust |
| A/B | 50 | T595 Skid Steer with Attachments | B57U18717 | 1 | $68,646.00 | $22,000.00 | 598.6 | Wells Fargo |
| A/B | 50 | e20 Mini X #2 | B5VG12495 | 1 | $68,646.00 | $18,000.00 | 189.9 | Wells Fargo |
| A/B | 50 | MT100 Mini Skid with Attachments | B52P52395 | 1 | $47,080.00 | $17,000.00 | 130.9 | Wells Fargo |
| | | **Payments** | | | **$734,107.58** | **$159,500.00** | | |

| A/B | No. | Skid Steer Attachments | Qty | Cost |
|---|---|---|---|---|
| | | | | **$6,500.00** |
| A/B | 50 | 60" Snow V-Blade, 7 Pin | 1 | $250.00 |
| A/B | 50 | 74" Combo Bucket 4n1 | 1 | $250.00 |
| A/B | 50 | Auger with 12" and 15" Bit | 1 | $250.00 |
| A/B | 50 | Soil Conditioner/Harley Rake | | $250.00 |
| A/B | 50 | Smooth Bucket | 1 | $2,500.00 |
| A/B | 50 | Land Plane | | $2,500.00 |
| A/B | 50 | 10' Snow Pusher Pro | 1 | $250.00 |
| A/B | 50 | Soil Conditioner/Harley Rake | | $250.00 |

| A/B | No. | Mini Skid Steer Attachments | Qty | Cost |
|---|---|---|---|---|
| A/B | 50 | Trencher 6" with Shark Teeth | 1 | $250.00 |
| A/B | 50 | Head | | $250.00 |
| A/B | 50 | 54" Snow Blade | | $250.00 |
| A/B | 50 | Stump Grinder | | $2,500.00 |
| A/B | 50 | 48" Landplane | | $250.00 |
| A/B | 50 | 52" Angle Blade | 1 | $250.00 |
| A/B | 50 | Soil Conditioner | | $250.00 |
| A/B | 50 | 48" Brush Cutter | | $250.00 |
| A/B | 50 | Trencher 6" with Shark Teeth | | $250.00 |
| A/B | 50 | Auger w/ 9" & 15" Bit | 1 | $750.00 |
| A/B | 50 | 44" Light Material Bucket | 1 | $250.00 |
| A/B | 50 | Soil Conditioner | | $2,000.00 |
| A/B | 50 | Stump Grinder | | $1,500.00 |
| A/B | 50 | Forks MT | | $250.00 |
| | | | | **$9000.00** |

| A/B | No. | Mini X Attachments | Qty | Cost |
|---|---|---|---|---|
| A/B | 50 | 24" MX3 XCHG Teeth | | $250.00 |
| A/B | 50 | 36" MX3 XCHG Teeth | | $250.00 |

2

| | | Mowers | | | Balance | Party Value | Hours | | |
|---|---|---|---|---|---|---|---|---|---|
| A/B | 50 | 12" MX4 XCHG Teeth | | | | $250.00 | | | |
| A/B | 50 | 36" MX4 XCHG Teeth | | | | $250.00 | | | |
| A/B | 50 | 24" MX5 XCHG Smooth | | | | $250.00 | | | |
| A/B | 50 | 36" MX5 XCHG Smooth | | | | $250.00 | | | |
| A/B | 50 | 3-Tined Grapple, Class 4 | | | | $250.00 | | | |
| A/B | 50 | Plate Compactor | | | | $250.00 | | | |
| A/B | 50 | Power Tilt | | | | $2,500.00 | | | |
| A/B | 50 | Forestry Mulcher | | | | $15,000.00 | | | |
| A/B | 50 | 12" Tooth Bucket for e20 | | | | $250.00 | | | |
| A/B | 50 | 16" Tooth Bucket for e20 | | 1 | | $250.00 | | | |
| A/B | 50 | SCAG Vride 61" Kohler 26hp | V0100129 | 1 | $10,150.45 | $2,000.00 | 1332.4 | Yard Card | Nathan Bean |
| A/B | 50 | SCAG Vride 61" Kohler 26hp | V0100121 | 1 | $6,111.52 | $2,000.00 | 1389.6 | Sheffield | Nathan Bean |
| A/B | 50 | 26hp | S4500075 | 1 | $6,359.99 | $2,200.00 | 1187.2 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG Vride 61" Kawi 26hp | S4500132 | 1 | $6,359.99 | $2,000.00 | 1411.5 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG Vride 61" Kohler 26hp | V0100123 | 1 | $5,989.33 | $2,000.00 | 1385.7 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG Vride 61" Kawi 38.5hp | V0300570 | 1 | $6,190.77 | $2,000.00 | 1357.8 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG Cheetah 61" | B5901404 | 1 | $10,150.45 | $2,200.00 | 987 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG Cheetah 61" | V6100077 | 1 | $6,111.52 | $2,200.00 | 545.9 | Yard Card | Nathan Bean |
| A/B | 50 | SCAG Cheetah 72" | T4502846 | 1 | $0.00 | $2,000.00 | 121 | Yard Card | Nathan Bean |
| A/B | 50 | SCAG 30" Push Mower | T2601298 | 1 | $10,150.45 | Blown Up | | Yard Card | Nathan Bean |
| A/B | 50 | SCAG Windstorm | T2500871 | 1 | $9,790.71 | $3,500.00 | 648.3 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG Turf Storm | W9700816 | 1 | $8,774.33 | $3,500.00 | 128.9 | Truist | Nathan Bean |
| A/B | 50 | SCAG Vride 61" XL | W9700817 | 1 | $8,774.33 | $3,500.00 | 644 | Truist | Nathan Bean |
| A/B | 50 | SCAG Vride 61" XL | Y0200211 | 1 | $8,774.33 | $3,500.00 | 988.2 | Truist | Nathan Bean |
| A/B | 50 | SCAG Vride 52" XL | T8900487 | 1 | $8,774.33 | $3,500.00 | 1291 | Truist | Nathan Bean |
| A/B | 50 | SCAG Walk Behind 52" | SB3070012 | 1 | $8,774.33 | $3,500.00 | 313.3 | Truist | Nathan Bean |
| A/B | 50 | Slinger with Seed Box | V7000643 | 1 | $14,758.91 | $4,000.00 | 127.9 | Sheffield | Nathan Bean |
| A/B | 50 | STTII-61V-31DFI | X7300709 | 1 | $6,445.54 | $3,500.00 | 237.4 | Sheffield | Nathan Bean |
| A/B | 50 | STTII-61V-40BV | Z4800008 | 1 | $6,445.54 | $3,500.00 | 317.3 | Sheffield | Nathan Bean |
| A/B | 50 | WS23-37BV-EF | Y6600034 | 1 | $6,445.54 | $2,500.00 | 439.9 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG 52" VRide XL | Y6600036 | 1 | $2,500.00 | $2,500.00 | 752.1 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG 52" VRide XL | Y6600037 | 1 | $11,666.66 | $2,000.00 | 344.2 | Sheffield | Nathan Bean |
| A/B | 50 | SCAG 52" VRide XL | X9000120 | 1 | $11,666.66 | $2,500.00 | 411.1 | Sheffield | Nathan Bean |
| A/B | 50 | 30 Gal Scag Spreader Sprayer | SB3070366 | 1 | $11,666.66 | $2,500.00 | 57 | Sheffield | Nathan Bean |
| A/B | 50 | Slinger Stand On with Seed Box EFI | DHA24752020207 | 1 | $17,650.00 | $4,800.00 | 78.9 | Sheffield | Nathan Bean |
| A/B | 50 | Slinger Walk Behind #2 | | | $3,500.00 | $9,000.00 | 131.2 | Sheffield | Nathan Bean |
| | | **Total Mower Payments** | | | **$194,058.01** | **$72,200.00** | | | |

Party Value subtotal (attachments): $22750.00

3

**Fill in this information to identify the case:**

Debtor name   Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40201

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

### 2.1 Ally - 2049

Creditor's Name

P.O. Box 380901
Bloomington, MN 55441

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

$73,743.20   $0.00

**Describe the lien**
2023 Ram 3500 Dump Truck

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

### 2.2 Ally - 2142

Creditor's Name

P.O. Box 380901
Bloomington, MN 55440

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

$70,152.70   $0.00

**Describe the lien**
2024 GMC Yukon

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 17

| Debtor | Bean Brothers Landscaping, LLC | | Case number (if known) | 25-40201 |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Ally - 4987 | Describe debtor's property that is subject to a lien | $41,334.40 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

P.O. Box 380901
Bloomington, MN 55438
Creditor's mailing address

Describe the lien
2020 Ram 5500 Chasis

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.4 | Ally - 5904 | Describe debtor's property that is subject to a lien | $47,761.16 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

P.O. Box 380901
Bloomington, MN 55442
Creditor's mailing address

Describe the lien
2019 Ram 5500 Chassis Flat Bed

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.5 | Ally - 9628 | Describe debtor's property that is subject to a lien | $21,474.35 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

P.O. Box 380901
Bloomington, MN 55439
Creditor's mailing address

Describe the lien
2018 3500 RAM Pickup

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor __Bean Brothers Landscaping, LLC__      Case number (if known) __25-40201__
     Name

including this creditor and its relative priority.

☒ Unliquidated
☒ Disputed

---

| 2.6 | Amur | Describe debtor's property that is subject to a lien | $137,425.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

304 West 3rd St.
P.O. Box 2555
Grand Island, NE 68801
Creditor's mailing address

Describe the lien
2024 Ram 5500 Chassis (vehicle totaled)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.7 | Capital One Auto Finance | Describe debtor's property that is subject to a lien | $42,096.24 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 60511
City of Industry, CA 91716
Creditor's mailing address

Describe the lien
2019 Ram 1500 Pickup

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.8 | Crossroads - 7355 | Describe debtor's property that is subject to a lien | $42,888.60 | $0.00 |
|---|---|---|---|---|

Creditor's Name

9385 Haven Ave.
Rancho Cucamonga, CA 91730
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2023 Isuzu Dove Tail Crew Cab

**Last 4 digits of account number**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 17

Debtor  **Bean Brothers Landscaping, LLC**  Case number (if known)  25-40201
_____
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.9 | Crossroads - 8220 | Describe debtor's property that is subject to a lien | $40,961.53 | $0.00 |
|---|---|---|---|---|

Creditor's Name

9385 Haven Ave.
Rancho Cucamonga, CA
91730
Creditor's mailing address

**Describe the lien**
2023 Isuzu Dove Tail Crew Cab
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.10 | First Citizens - 4000 | Describe debtor's property that is subject to a lien | $129,022.08 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 27131
Raleigh, NC 27611
Creditor's mailing address

**Describe the lien**
2024 Ram 5500 Chasis Service Truck
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.11 | First Citizens - 6000 | Describe debtor's property that is subject to a lien | $73,367.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 27131
Raleigh, NC 27612
Creditor's mailing address

**Describe the lien**
2024 Ram 3500 Pickup Laramie 4x4 Diesel
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 4 of 17

Debtor   Bean Brothers Landscaping, LLC                                        Case number (if known)    25-40201
          Name

| | |
|---|---|
| **Date debt was incurred** | Is anyone else liable on this claim?<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| 2.1 2 | First Citizens - 6000 | Describe debtor's property that is subject to a lien | $73,367.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 27131
Raleigh, NC 27613
Creditor's mailing address

**Describe the lien**
2022 Ram 4500 utility 4x4 Diesel
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

| 2.1 3 | Hometown Capital | Describe debtor's property that is subject to a lien | $14,959.32 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 10275
Jackson, TN 38308
Creditor's mailing address

**Describe the lien**
2024 30' Gooseneck Trailer
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

---

| 2.1 4 | PNC - 4339 | Describe debtor's property that is subject to a lien | $5,349.52 | $0.00 |
|---|---|---|---|---|

Creditor's Name

P.O. Box 747066
Pittsburgh, PA 15274

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 17

Debtor   Bean Brothers Landscaping, LLC
     Name

Case number (if known)   25-40201

Creditor's mailing address

**Describe the lien**
Bobcat Tamp Large (Vin-0134)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 5 | PNC - 4339 | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

$5,349.52        $0.00

P.O. Box 747066
Pittsburgh, PA 15274

Creditor's mailing address

**Describe the lien**
Bobcat Tamp Large (Vin -5240)

**Is the creditor an insider or related party?**
☒ No
☐ Yes

antoine.evens@leaserv.com

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.1 6 | PNC - 4748 | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

$53,443.96        $0.00

P.O. Box 747066
Pittsburgh, PA 15274

Creditor's mailing address

**Describe the lien**
MT100 Mini Skid w/attachment

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Bean Brothers Landscaping, LLC**
Name

Case number (if known)    25-40201

---

**2.17** PNC - 4759
Creditor's Name

P.O. Box 747066
Pittsburgh, PA 15274
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    $70,650.57    $0.00

**Describe the lien**
MT100 Mini Skid w/attachment
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.18** PNC - 7273
Creditor's Name

P.O. Box 747066
Pittsburgh, PA 15274
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    $77,375.49    $0.00

**Describe the lien**
e35 Bobcat Mini X w/attachment (Vin -9463)
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

**2.19** PNC - 7273
Creditor's Name

P.O. Box 747066
Pittsburgh, PA 15274
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No

Describe debtor's property that is subject to a lien    $77,375.49    $0.00

**Describe the lien**
L28 Bobcat Tractor (Vin -3457)
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 17

Debtor    Bean Brothers Landscaping, LLC                          Case number (if known)    25-40201
_____Name_____

including this creditor and its relative
priority.                                                ☒ Unliquidated
                                                         ☒ Disputed

---

| 2.2 0 | Sheffield - 1043 | Describe debtor's property that is subject to a lien | $6,190.77 | $0.00 |

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258
Creditor's mailing address

**Describe the lien**
Mower

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.2 1 | Sheffield - 3401 | Describe debtor's property that is subject to a lien | $9,790.97 | $0.00 |

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258
Creditor's mailing address

**Describe the lien**
Mower

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.2 2 | Sheffield - 3715 | Describe debtor's property that is subject to a lien | $6,842.22 | $0.00 |

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258
Creditor's mailing address

**Describe the lien**
2023 Scag Leaf Vac Tr.

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 8 of 17

Debtor   Bean Brothers Landscaping, LLC                    Case number (if known)   25-40201
         Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

**2.23**   Sheffield - 4267

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          $14,758.79          $0.00

**Describe the lien**
Mower

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

**2.24**   Sheffield - 4951

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**          $12,223.04          $0.00

**Describe the lien**
Mower

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

**2.25**   Sheffield - 5473

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258

Creditor's mailing address

**Describe debtor's property that is subject to a lien**          $612.92          $0.00

**Describe the lien**
Mower

**Is the creditor an insider or related party?**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 9 of 17

Debtor   __Bean Brothers Landscaping, LLC__                          Case number (if known)   __25-40201__
       Name

---

Creditor's email address, if known

  ☒ No
  ☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.2 6 | **Sheffield - 6792** | **Describe debtor's property that is subject to a lien** | $35,182.00 | $0.00 |
| --- | --- | --- | --- | --- |

    Creditor's Name

P.O. box 580229
Charlotte, NC 28258
    Creditor's mailing address

**Describe the lien**
Mower

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.2 7 | **Sheffield - 7092** | **Describe debtor's property that is subject to a lien** | $45,118.78 | $0.00 |
| --- | --- | --- | --- | --- |

    Creditor's Name

P.O. Box 580229
Charlotte, NC 28258
    Creditor's mailing address

**Describe the lien**
Mower

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.2 8 | **Sheffield - 7642** | **Describe debtor's property that is subject to a lien** | $5,989.33 | $0.00 |
| --- | --- | --- | --- | --- |

    Creditor's Name
P.O. Box 580229

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 10 of 17

Debtor   Bean Brothers Landscaping, LLC
_____   Case number (if known)   25-40201
Name

Charlotte, NC 28258
_____   _____

Creditor's mailing address   **Describe the lien**
Mower
_____
**Is the creditor an insider or related party?**
☒ No
_____   ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**   ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☒ No   ☒ Contingent
☐ Yes. Specify each creditor,   ☒ Unliquidated
including this creditor and its relative   ☒ Disputed
priority.

---

| 2.29 | Sheffield - 9389 | Describe debtor's property that is subject to a lien | $12,719.99 | $0.00 |

Creditor's Name

P.O. Box 580229
Charlotte, NC 28258
_____
Creditor's mailing address   **Describe the lien**
Mower
_____
**Is the creditor an insider or related party?**
☒ No
_____   ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**
☐ No
**Date debt was incurred**   ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☒ No   ☒ Contingent
☐ Yes. Specify each creditor,   ☒ Unliquidated
including this creditor and its relative   ☒ Disputed
priority.

---

| 2.30 | Stellantis | Describe debtor's property that is subject to a lien | $38,234.20 | $0.00 |

Creditor's Name

5757 Woodway Dr., Ste. 400
Houston, TX 77057
_____
Creditor's mailing address   **Describe the lien**
2022 Ram 1500 Pickup
_____
**Is the creditor an insider or related party?**
☒ No
_____   ☐ Yes
Creditor's email address, if known   **Is anyone else liable on this claim?**
☒ No
**Date debt was incurred**   ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
9001
**Do multiple creditors have an**   **As of the petition filing date, the claim is:**
**interest in the same property?**   Check all that apply
☒ No   ☒ Contingent
☐ Yes. Specify each creditor,   ☒ Unliquidated
including this creditor and its relative   ☒ Disputed
priority.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor  Bean Brothers Landscaping, LLC _____  Case number (if known)  25-40201 _____
                Name

---

**2.3
1**   Synchrony                         Describe debtor's property that is subject to a lien        $25,973.27        $0.00
        Creditor's Name

        P.O. Box 669802
        Dallas, TX 75266                 _____
        Creditor's mailing address
                                         **Describe the lien**
                                         MT100 Mini Skid w/attachment
        _____      **Is the creditor an insider or related party?**
        Creditor's email address, if known   ☒ No
                                         ☐ Yes
        **Date debt was incurred**       **Is anyone else liable on this claim?**
                                         ☒ No
                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
        **Last 4 digits of account number**
        1138
        **Do multiple creditors have an**   **As of the petition filing date, the claim is:**
        **interest in the same property?**  Check all that apply
        ☒ No                             ☒ Contingent
        ☐ Yes. Specify each creditor,    ☒ Unliquidated
        including this creditor and its relative   ☒ Disputed
        priority.

---

**2.3
2**   Toyota Financial - 4496           Describe debtor's property that is subject to a lien        $44,661.64        $0.00
        Creditor's Name

        P.O. Box 22171
        Tempe, AZ 85285                  _____
        Creditor's mailing address
                                         **Describe the lien**
                                         2024 Isuzu Dove Tail Crew Cab
        _____      **Is the creditor an insider or related party?**
        Creditor's email address, if known   ☒ No
                                         ☐ Yes
        **Date debt was incurred**       **Is anyone else liable on this claim?**
                                         ☒ No
                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
        **Last 4 digits of account number**
        **Do multiple creditors have an**   **As of the petition filing date, the claim is:**
        **interest in the same property?**  Check all that apply
        ☒ No                             ☒ Contingent
        ☐ Yes. Specify each creditor,    ☒ Unliquidated
        including this creditor and its relative   ☒ Disputed
        priority.

---

**2.3
3**   Toyota Financial - 8097           Describe debtor's property that is subject to a lien        $60,514.06        $0.00
        Creditor's Name

        P.O. Box 22171
        Chandler, AZ 85286               _____
        Creditor's mailing address
                                         **Describe the lien**
                                         2024 Isuzu Dove Tail Crew Cab
        _____      **Is the creditor an insider or related party?**
        Creditor's email address, if known   ☒ No
                                         ☐ Yes
        **Date debt was incurred**       **Is anyone else liable on this claim?**
                                         ☒ No
                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
        **Last 4 digits of account number**
        **Do multiple creditors have an**   **As of the petition filing date, the claim is:**
        **interest in the same property?**  Check all that apply

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 12 of 17

Debtor  Bean Brothers Landscaping, LLC
Name

Case number (if known)    25-40201

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.3 4 | Truist - 9001 | Describe debtor's property that is subject to a lien | $42,301.25 | $0.00 |

Creditor's Name

215 N. Tryon St., Ste. 3
Charlotte, NC 28202
Creditor's mailing address

**Describe the lien**
Mower
**Is the creditor an insider or related party?**
☒ No
☐ Yes

alertnotifications@message.t
ruist.com
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.3 5 | Truist - 9001 | Describe debtor's property that is subject to a lien | $19,270.79 | $0.00 |

Creditor's Name

216 N. Tryon St., Ste. 3
Charlotte, NC 28202
Creditor's mailing address

**Describe the lien**
2024 Diamond C Tilt Trailer
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.3 6 | Truist - 9001 | Describe debtor's property that is subject to a lien | $70,395.47 | $0.00 |

Creditor's Name

217 N. Tryon St., Ste. 3
Charlotte, NC 28202
Creditor's mailing address

**Describe the lien**
T76 Bobcat Skid Steer w/attachment
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Bean Brothers Landscaping, LLC**
　　　　Name

Case number (if known) **25-40201**

**Date debt was incurred**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| 2.3 7 | Truist - 9002 | Describe debtor's property that is subject to a lien | $42,052.33 | $0.00 |
|---|---|---|---|---|

Creditor's Name

214 N. Tryon St., Ste. 3
Charlotte, NC 28202
Creditor's mailing address

**Describe the lien**
e20 Minni X #1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| 2.3 8 | Uniform - 1937 | Describe debtor's property that is subject to a lien | $18,348.72 | $0.00 |
|---|---|---|---|---|

Creditor's Name

828 13th St. Place SW
Hickory, NC 28602
Creditor's mailing address

**Describe the lien**
2020 Toyota Corolla

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| 2.3 9 | Uniform - 1938 | Describe debtor's property that is subject to a lien | $18,122.44 | $0.00 |
|---|---|---|---|---|

Creditor's Name

828 13th St. Place SW
Hickory, NC 28602
Creditor's mailing address

**Describe the lien**

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 14 of 17

Debtor    Bean Brothers Landscaping, LLC
       Name

Case number (if known)    25-40201

---

2020 Toyota Carola

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.40 | Uniform - 3343 | | $16,671.63 | $0.00 |
|---|---|---|---|---|

Creditor's Name

830 13th St. Place SW
Hickory, NC 28602

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
2020 Toyota Carola

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.41 | United Bank | | $44,830.55 | $0.00 |
|---|---|---|---|---|

Creditor's Name

800 Nicollet
Minneapolis, MN 55402

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
2020 Ram 2500 Pickup

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
8001

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.42 | Wells Fargo - 1000 | | $122,229.13 | $0.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 15 of 17

Debtor    Bean Brothers Landscaping, LLC
_____
Name

Case number (if known)    25-40201
_____

Creditor's Name

420 Montgomery St.
San Francisco, CA 94104
Creditor's mailing address

Describe the lien
e60 Bobcat Mini X w/attachment

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.43 | Wells Fargo - 1001 | Describe debtor's property that is subject to a lien | $68,646.00 | $0.00 |

Creditor's Name

421    Montgomery St.
San Francisco, CA 94104
Creditor's mailing address

Describe the lien
T595 Bobcat Skid Steer w/attachment

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.44 | Wells Fargo - 1001 | Describe debtor's property that is subject to a lien | $68,646.00 | $0.00 |

Creditor's Name

422 Montgomery St.
San Francisco, CA 94104
Creditor's mailing address

Describe the lien
e20 Bobcat Mini X #2

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No

As of the petition filing date, the claim is:
Check all that apply
☒ Contingent

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 16 of 17

Debtor  Bean Brothers Landscaping, LLC _____          Case number (if known)  25-40201 _____
         Name

including this creditor and its relative          ☒ Unliquidated
priority.                                         ☒ Disputed

---

| 2.4 5 | YardCard TD Bank | Describe debtor's property that is subject to a lien | $30,451.35 | $0.00 |

Creditor's Name

P.O. Box 23072
Columbus, GA 31902
Creditor's mailing address                        Describe the lien

_____

_____                           **Is the creditor an insider or related party?**
Creditor's email address, if known                ☒ No
                                                  ☐ Yes
**Date debt was incurred**                        **Is anyone else liable on this claim?**
                                                  ☐ No
                                                  ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**                 **As of the petition filing date, the claim is:**
**interest in the same property?**                Check all that apply
☒ No                                              ☒ Contingent
☐ Yes. Specify each creditor,                     ☒ Unliquidated
including this creditor and its relative          ☒ Disputed
priority.

_____

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $1,978,874.7 7 |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |

---

**Fill in this information to identify the case:**

Debtor name __Bean Brothers Landscaping, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) __25-40201__

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>1DC Funding<br>633 NE 167th St.<br>Unit 1205<br>Miami, FL 33162 | As of the petition filing date, the claim is: *Check all that apply.* | $82,500.00 |
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| Date(s) debt was incurred _ | Basis for the claim: __MCA__ |  |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br>1DC Funding<br>633 NE 167th St.<br>Unit 1205<br>Miami, FL 33162 | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| Date(s) debt was incurred _ | Basis for the claim: __MCA__ |  |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.3** Nonpriority creditor's name and mailing address<br>Advance Auto Parts<br>4200 Six Forks Rd.<br>Raleigh, NC 27609 | As of the petition filing date, the claim is: *Check all that apply.* | $5,429.32 |
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| Date(s) debt was incurred _ | Basis for the claim: _ |  |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |  |
| **3.4** Nonpriority creditor's name and mailing address<br>Allegiance Staffing<br>5726 Root Rd.<br>Spring, TX 77389 | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|  | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
| Date(s) debt was incurred _ | Basis for the claim: _ |  |
| Last 4 digits of account number _ | Is the claim subject to offset? ☒ No  ☐ Yes |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Bean Brothers Landscaping, LLC**
_____
   Name

Case number (if known)  25-40201

| 3.5 | Nonpriority creditor's name and mailing address<br>Breeze Capital<br>478 Albany avenue, Ste. 17<br>Brooklyn, NY 11203 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $158,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _MCA ---- ADDED October 2025_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address<br>Cintas<br>P.O. Box 630803<br>Cincinnati, OH 45263 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,180.63 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>Cucumber Capital, LLC<br>c/o Neubert Pepe & Monteith, PC<br>72 Ruane St., 1st Floor<br>Fairfield, CT 06824 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _ADDED   October 2025   - NOTICES PURPOSES_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address<br>Cynthia Hager<br>1571 Stonecroft Dr.<br>Lincolnton, NC 28092 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $200.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _Customer Reimbursement -- ADDED October 2025_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address<br>Danny Craig, Jr.<br>4090 Murfield Dr.<br>Lincolnton, NC 28092 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $221,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _ADDED October 2025_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address<br>Finvest Capital<br>c/o Ershowsky Verstandig, PLLC<br>290 Central Avenue, Suite 109<br>Lawrence, NY 11559 | As of the petition filing date, the claim is: *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $52,834.80 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _MCA_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>Great Lakes Petroleum<br>P.O. Box 936940<br>Atlanta, GA 31193 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $28,624.03 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>Harrels Fertilizer<br>13321 Carowinds Blvd., #A<br>Charlotte, NC 28273 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $24,077.40 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor    Bean Brothers Landscaping, LLC                                Case number (if known)    25-40201
          Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,767.88 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
Home Depot
2455 Paces Ferry Rd., SE
Atlanta, GA 30339

As of the petition filing date, the claim is: *Check all that apply.*    $24,767.88

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
Kim Wade
702 Craig St.
Cherryville, NC 28021

As of the petition filing date, the claim is: *Check all that apply.*    Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Reimbursement - ADDED October 2025_

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
KTC Broadcasting, Inc.
P.O. Box 415
Cherryville, NC 28021

As of the petition filing date, the claim is: *Check all that apply.*    $2,725.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
Lake Forest Church
2204 Saint James Church Road
Denver, NC 28037

As of the petition filing date, the claim is: *Check all that apply.*    $2,204.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Reimbursement  -- ADDED October 2025_

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
Lowes
1000 Lowe's Blvd.
Mooresville, NC 28117

As of the petition filing date, the claim is: *Check all that apply.*    $1,489.98

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Mark Miller
2085 South Park Ranch Rd.
Jackson, WY 83001

As of the petition filing date, the claim is: *Check all that apply.*    $4,340.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Reimbursement -   ADDED October 2025_

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
Markham Landscape Supplies
P.O. Box 481029
Charlotte, NC 28269

As of the petition filing date, the claim is: *Check all that apply.*    $11,520.09

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
Michael Thyen
4288 Harbor Lane
Sherrills Ford, NC 28673

As of the petition filing date, the claim is: *Check all that apply.*    $210.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Customer Reimbursement -- ADDED October 2025_

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor    __Bean Brothers Landscaping, LLC_____    Case number (if known) ___25-40201_____
          Name

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,500.00 |
|---|---|---|---|

Nexi Funding
20803 Biscayne Blvd., Ste. 300
Aventura, FL 33180

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __MCA__

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,754.21 |
|---|---|---|---|

O'Reileys Auto Parts
233 South Patteren Avenue
Springfield, MO 65802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $110,999.18 |
|---|---|---|---|

On Deck Capital
4700 W. Daybreak Pkwy., Ste. 200
South Jordan, UT 84009

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __MCA__

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $625.00 |
|---|---|---|---|

Pam Crayne
4855 Shadey Meadows Lane
Denver, NC 28037

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Customer reimbursement - ADDED October 2025__

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Phillips & Tsoulos Properties
P.O. Box 1379
Denver, NC 28037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __ADDED October 2025 -- NOTICE PURPOSES__

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95,730.10 |
|---|---|---|---|

Rocket Capital
1250 E. Hallandale Beach Blvd., Ste. 505
Hallandale, FL 33009

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __MCA__

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Romanda, LLC
2251 Selwyn Avenue, Unit 103
Charlotte, NC 28207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __ADDED October 2025 - NOTICE PURPOSES__

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.76 |
|---|---|---|---|

Sani-a-Can
P.O. Box 306652
Nashville, TN 37230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor  Bean Brothers Landscaping, LLC                                    Case number (if known)    25-40201
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,522.71 |

SiteOne
300 Colonial Center Parkway, Ste. 600
Roswell, GA 30076

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $516.65 |

Sunbelt
P.O. box 409211
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,626.17 |

Truist Credit Card 1901
216 N. Tryon St., Ste. 3
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,041.36 |

Truist Credit Card 1935
215 N. Tryon St., Ste. 3
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,728.96 |

Truist Credit Card 2956
214 N. Tryon St., Ste. #
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.49 |

Truist Credit Card 6126
217 N. Tryon St., Ste. 3
Charlotte, NC 28202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |

Universal Environmental
411 Dividend Dr.
Peachtree City, GA 30269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,743.27 |

US Bank Credit Card
P.O. Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

Debtor __Bean Brothers Landscaping, LLC_____    Case number (if known) __25-40201____
　　　　　Name

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,022.63 |

Wex Fuel
P.O. Box 57748
Salt Lake City, UT 84157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**Part 3:  List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Breeze Advance<br>478 Albany Avenue, Ste. 17<br>Brooklyn, NY 11203 | Line _3.5_ <br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 989,938.41 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  989,938.41 |

**Fill in this information to identify the case:**

Debtor name    Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-40201

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | Lease office space at 969 Reepsville Rd., Lincolnton, NC for $1,453.53 per month. | |
| State the term remaining | expires August 10, 2047 | |
| List the contract number of any government contract | _____ | Bean Brothers Real Estate 969 Reepsville Road Lincolnton, NC 28092 |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | Lease space at N NC 16 Business Hwy., Denver, NC 28033 for $1,200 per month. | |
| State the term remaining | Expires 2027 | |
| List the contract number of any government contract | _____ | Phillips & Tsoulos Properties P.O. Box 1379 Denver, NC 28037 |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | Lease office/building space at 1405 Shannon Bradley Road, Gastonia, NC for $2,300 per month. | |
| State the term remaining | Expires August 14, 2028 | |
| List the contract number of any government contract | _____ | Romanda, LLC 2251 Selwyn Avenue, Unit 103 Charlotte, NC 28207 |

**SCHEDULE G - ATTACHMENT**

| First Name | Last Name | Address | City | State | Zip | Expiration |
|---|---|---|---|---|---|---|
| Active Concept LLC | | 306 Lariat Drive | Lincolnton | NC | 28092 | 6/17/2026 |
| Adam | Weisman | 7924 Chapel Creek Dr | Denver | NC | 28037 | 7/31/26 |
| Advance Services | Courtney | 89 Doris Dr | Belmont | NC | 28012 | 6/30/26 |
| Advance Services | | 208 Horsley | Gastonia | NC | 28052 | 6/30/26 |
| Advance Services | Jeff | 203 Huffstetler Rd | Gastonia | NC | 28052 | 6/30/26 |
| Advance Services | Zack | 4122 S New Hope Rd | Gastonia | NC | 28052 | 6/30/26 |
| American Woodmark | | 838 Lincoln County Parkway | Lincolnton | NC | 28092 | 7/31/26 |
| Anthony Grove | | 100 Anthony Grove Rd | Crouse | NC | 28033 | 3/27/28 |
| Applebee's in Shelby | | 433 Earl Rd | Shelby | NC | 28152 | 9/23/2024 |
| Bean Brothers Real Estate | | 589 Elm Grove Rd | Lincolnton | NC | 28092 | 9/30/26 |
| BJ | Dobbins | Village Court | Gastonia | NC | 28052 | 3/18/26 |
| Brad | Battaglia | 4049 Harmattan Drive | Denver | NC | 28037 | 3/6/26 |
| Bret | Morey | 2719 Independence Way | Gastonia | NC | 28052 | 9/1/25 |
| Burn Boot Camp | | 17036 Kenton Dr | Cornelius | NC | 28031 | 9/1/25 |
| Burn Boot Camp | | 311 Gillead Rd | Huntersville | NC | 28078 | 9/1/26 |
| Burn Boot Camp (Watering) | | 17036 Kenton Dr | Cornelius | NC | 28031 | 11/30/2025 |
| Campbell Construction | | 133 Fuller Road | Mooresville | NC | 28117 | 8/13/2025 |
| Central School Apartments | | 401 E Washington Ave | Bessemer City | NC | 28016 | 11/30/2025 |
| Charlotte | Porter | 31st Avenue | Hickory | NC | 28601 | 6/30/26 |
| Chris | Sconce | 7215 Cocnut | Vale | NC | 28168 | 4/13/26 |
| Christopher | Campbell | 826 Ivywood | Shelby | NC | 28152 | 9/25/2024 |
| Christopher | Campbell | 397 Seattle St | Shelby | NC | 28152 | 10/16/2024 |
| Cintas | | 1400 US Highway 70 | Hickory | NC | 28602 | 10/16/2024 |
| Coats Rail Road | | 701 S Railroad | Kings Mtn | NC | 28086 | 9/9/2024 |
| Concentrix | | 7th St. SE | Hickory | NC | 28602 | 9/8/2024 |
| Conda | Jones | Lithia Rd | Hickory | NC | 28602 | 3/23/28 |
| Conda | Jones | Joshua Court | Lincolnton | NC | 28092 | 12/31/24 |
| Daniel | Rice | 1410 Beverly Ave | Lincolnton | NC | 28092 | 12/31/25 |
| Danny and Fannie | Milton | 3172 Ashwood Park Dr | Shelby | NC | 28152 | 2/13/26 |
| Dave | Behrens | 8136 McConnell Rd | Belmont | NC | 28012 | 6/30/26 |
| | | | Denver | | 28037 | 2/13/2026 |

| Name | Last Name | Address | City | State | Zip | Date |
|---|---|---|---|---|---|---|
| David | Schram | 4294 Island Fox Lane | Denver | NC | 28037 | 4/1/26 |
| Denver Shop | | 2528 N NC 16 Business | Denver | NC | 28037 | 9/30/26 |
| Doug | Ridge | Brancer Lane | Lincolnton | NC | 28092 | 9/1/24 |
| Dr John and Nancy | Garrett | 2985 Robinwood Rd | Gastonia | NC | 28052 | 6/30/26 |
| Dr Manish | Patel | 11704 Smart Ln | Charlotte | NC | 28277 | 6/30/26 |
| EastField Meadows | | Bernardy Ln | Charlotte | NC | 28269 | 9/1/27 |
| Ernie | Jenkins | 1309 Oak Canopy Road | Lincolnton | NC | 28092 | 11/12/2024 |
| Flispec USA LLC | | 501 York Road | Kings Mtn | NC | 28086 | 6/9/2026 |
| Foard & Company PA | | 1347 Harding Place | Charlotte | NC | 28204 | 6/30/26 |
| Gastonia Shop | | 1405 Shannon Bradley Rd | Gastonia | NC | 28054 | 9/30/26 |
| General Shale | | 10800 Reames Rd | Charlotte | NC | 28269 | 9/1/27 |
| Gil | Swaim | 7483 Lakewood Drive | Sherrills Ford | NC | 28673 | 1/7/2026 |
| Gil | Swaim | 7920 Marley Drive | Sherrills Ford | NC | 28673 | 1/7/2026 |
| Grace Industrial Service | | 840 Derita Road | Concord | NC | 28027 | 3/6/2026 |
| Hannah | Reggie | 669 Andrews Drive | Gastonia | NC | 28052 | 3/19/2025 |
| Jackie | Norcutt | 2509 Georgemont | Lincolnton | NC | 28092 | 9/3/2025 |
| Jarett | Osterhout | US Hwy 70 | Hickory | NC | 28602 | 5/6/24 |
| Jason | Ferrell | 1954 Hidden | Gastonia | NC | 28052 | 10/1/2024 |
| Jason | Saine | 1750 Whispering | Hickory | NC | 28602 | 10/1/2024 |
| Jeff | Saine | 2422 smith Harbor Drive | Lincolnton | NC | 28092 | 10/1/2024 |
| Jeff | Becker | 4281 Habor Ln | Lincolnton | NC | 28092 | 6/1/2024 |
| Jeff | Daniels | Flint Fire Court | Denver | NC | 28037 | 7/1/25 |
| John | Farrell | 295 Bolick Creek | Sherrills Ford | NC | 28673 | 3/13/24 |
| Josh | Morrison | 2584 Mariposa Road | Lincolnton | NC | 28092 | 7/1/2026 |
| Judy | Bartlett | 1120 Leigh Court | Taylorsville | NC | 28681 | 4/1/2026 |
| Juli | Shaffer | 1121 Leigh Court | Stanley | NC | 28164 | 7/13/2026 |
| Juli | Shaffer | 4684 White Eagle | Stanley | NC | 28164 | 5/1/2026 |
| Julie | Hendricker | 7748 wallace lane | Stanley | NC | 28164 | 5/1/2026 |
| Karrie | Castaneda | 851 Sandy Road | Hickory | NC | 28602 | 5/1/2026 |
| Kendrick Farms | | 2323 Old NC 27 Highway | Mount Holly | NC | 28120 | 9/25/2026 |
| Kenya | Gillette | | Denver | NC | 28037 | 3/11/2026 |
| Lance | Newby | 12606 Peyton Court | Charlotte | NC | 28262 | 9/1/27 |
| Leeanne | Hudson | 129 Flowering Cherry Lane | Mooresville | NC | 28117 | 3/11/2026 |
| Lincolnton Shop | | 969 Reepsville Rd | Lincolnton | NC | 28092 | 9/30/26 |

| Name | Last | Address | City | State | Zip | Date |
|---|---|---|---|---|---|---|
| Lincolnton Town Associates | | 1428 East Main Street | Lincolnton | NC | 28092 | 8/1/26 |
| Linda | German | 2521 Bethesda Oak Dr | Gastonia | NC | 28052 | 6/30/26 |
| Liz | Craig | 7503 Cottonwood | Denver | NC | 28037 | 11/12/25 |
| Marion | Fontaine | 736 2nd st | Lincolnton | NC | 28092 | 9/25/2024 |
| Mayworth School Apartments | | 236 8th Ave | Cramerton | NC | 28032 | 6/30/26 |
| Mike | Pasiecznyk | 1001 Hartshaw Ct | Belmont | NC | 28012 | 6/30/26 |
| Mr Gerald and Olivette | Smith | 1024 Glade Springs Court | Belmont | NC | 28012 | 6/30/26 |
| Natasha | Decker | 4194 Pointe Norman Drive | Sherrills Ford | NC | 28673 | 5/1/2026 |
| Nathan | Bean | 1869 Cline Farm Rd | Lincolnton | NC | 28092 | 9/30/26 |
| Nicholas | Perkins | 1999 Capes Cove Drive | Sherrills Ford | NC | 28673 | 5/18/24 |
| Peter | Toro | 5941 Mundy Rd | Denver | NC | 28037 | 4/1/26 |
| Racing Electronics | | MRN Dr | Charlotte | NC | 28027 | 8/31/26 |
| Richard | Hensley | 2443 North Carolina 10 HWY | Newton | NC | 28658 | 4/30/2026 |
| Richard | Hensley | 780 Oakridge Farm | Mooresville | NC | 28117 | 10/4/2025 |
| Richard | Hensley | 6113 North Carolina 16 Business | Denver | NC | 28037 | 5/20/2026 |
| Scooters Cherryville | | 2507 Lincolnton Hwy | Cherryville | NC | 28021 | 8/31/26 |
| Scooters Denver | | 7748 Deerborn Ln | Denver | NC | 28037 | 5/2/24 |
| Scooters Lincolnton | | East Main Street | Lincolnton | NC | 28092 | 1/1/24 |
| Sentry Management, INC | | 103 Harvest Pointe Drive | Statesville | NC | 28677 | 3/13/24 |
| Stefanie | Whisnant | Grove Str | Lincolnton | NC | 28092 | 6/9/2026 |
| Sylvia | White | 200 Commodore Ct | Belmont | NC | 28012 | 7/12/24 |
| Terry and Kelly | Lancaster | 221 Whiterock Dr | Mt Holly | NC | 28120 | 6/30/26 |
| Terry and Yvette | Alexander | 102 Commadore | Belmont | NC | 28012 | 6/30/26 |
| The Bluffs | | Bluff Point Lane | Denver | NC | 28037 | 6/30/26 |
| Tint World | | 6331 South Boulevard | Charlotte | NC | 28217 | 1/1/24 |
| Tricia | Crocker | 1241 Saint Marks Church | Cherryville | NC | 28021 | 5/1/2026 |
| Trish | Little | 7457 NC 10 | Vale | NC | 28168 | 11/5/2024 |
| UCS | | Hoffman Rd | Lincolnton | NC | 28092 | 4/1/25 |
| Upstate Images Ltd | | 307 Gilead Rd | Huntersville | NC | 28078 | 8/29/23 |
| W Trade Town Homes | | 1917 W Trade St | Lincolnton | NC | 28092 | 9/1/26 |
| West Bay HOA | | Burton Ln | Charlotte | NC | 28216 | 6/30/26 |
| WestLake Auto | | 4710 Commons | Denver | NC | 28037 | 9/1/26 |

**Fill in this information to identify the case:**

Debtor name   Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   25-40201

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                    *Column 2: Creditor*

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Wex Fuel | ☐ D ____<br>☒ E/F  3.37<br>☐ G ____ |
| 2.2 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | KTC Broadcasting, Inc. | ☐ D ____<br>☒ E/F  3.15<br>☐ G ____ |
| 2.3 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sani-a-Can | ☐ D ____<br>☒ E/F  3.28<br>☐ G ____ |
| 2.4 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | US Bank Credit Card | ☐ D ____<br>☒ E/F  3.36<br>☐ G ____ |
| 2.5 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist Credit Card<br>2956 | ☐ D ____<br>☒ E/F  3.33<br>☐ G ____ |
| 2.6 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist Credit Card<br>1901 | ☐ D ____<br>☒ E/F  3.31<br>☐ G ____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Bean Brothers Landscaping, LLC                              Case number (if known)  25-40201

▓▓▓▓▓  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                   Column 2: Creditor

| 2.7 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist Credit Card<br>6126 | ☐ D ____<br>☒ E/F __3.34__<br>☐ G ____ |
|---|---|---|---|---|
| 2.8 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist - 9002 | ☒ D __2.37__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist - 9001 | ☒ D __2.34__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist - 9001 | ☒ D __2.35__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Truist - 9001 | ☒ D __2.36__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Ally - 9628 | ☒ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Ally - 5904 | ☒ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.14 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | United Bank | ☒ D __2.41__<br>☐ E/F ____<br>☐ G ____ |
| 2.15 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Crossroads - 7355 | ☒ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.16 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Crossroads - 8220 | ☒ D __2.9__<br>☐ E/F ____<br>☐ G ____ |

Debtor   Bean Brothers Landscaping, LLC _____   Case number (if known) __25-40201_____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                      Column 2: **Creditor**

| | Codebtor | Address | Creditor | Checkbox |
|---|---|---|---|---|
| 2.17 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Uniform - 1938 | ☒ D __2.39__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Uniform - 1937 | ☒ D __2.38__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Uniform - 3343 | ☒ D __2.40__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | First Citizens - 4000 | ☒ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | First Citizens - 6000 | ☒ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.22 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | First Citizens - 6000 | ☒ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Capital One Auto Finance | ☒ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Hometown Capital | ☒ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 5473 | ☒ D __2.25__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 3715 | ☒ D __2.22__<br>☐ E/F ____<br>☐ G ____ |

Debtor   Bean Brothers Landscaping, LLC                          Case number *(if known)*   25-40201

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.
Column 1: **Codebtor**                                         Column 2: **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.27 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 9389 | ☒ D ___2.29___<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 7642 | ☒ D ___2.28___<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 4951 | ☒ D ___2.24___<br>☐ E/F _____<br>☐ G _____ |
| 2.30 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 1043 | ☒ D ___2.20___<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 3401 | ☒ D ___2.21___<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 4267 | ☒ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 7092 | ☒ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Sheffield - 6792 | ☒ D ___2.26___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Wells Fargo - 1000 | ☒ D ___2.42___<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Wells Fargo - 1001 | ☒ D ___2.43___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Bean Brothers Landscaping, LLC | | Case number (if known) | 25-40201 |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.37 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | Wells Fargo - 1001 | ☒ D    2.44 ☐ E/F _____ ☐ G _____ |
| 2.38 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | PNC - 4748 | ☒ D    2.16 ☐ E/F _____ ☐ G _____ |
| 2.39 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | PNC - 4339 | ☒ D    2.14 ☐ E/F _____ ☐ G _____ |
| 2.40 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | PNC - 4339 | ☒ D    2.15 ☐ E/F _____ ☐ G _____ |
| 2.41 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | PNC - 7273 | ☒ D    2.18 ☐ E/F _____ ☐ G _____ |
| 2.42 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | PNC - 7273 | ☒ D    2.19 ☐ E/F _____ ☐ G _____ |
| 2.43 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | PNC - 4759 | ☒ D    2.17 ☐ E/F _____ ☐ G _____ |
| 2.44 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | YardCard TD Bank | ☒ D    2.45 ☐ E/F _____ ☐ G _____ |
| 2.45 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | On Deck Capital | ☐ D _____ ☒ E/F    3.23 ☐ G _____ |
| 2.46 | Nathan Bean | 1869 Cline Farm Road Lincolnton, NC 28092 | Rocket Capital | ☐ D _____ ☒ E/F    3.26 ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Bean Brothers Landscaping, LLC _____    Case number *(if known)*    25-40201 _____

▓ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.    Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                                                         *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | Check |
|---|---|---|---|---|
| 2.47 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Finvest Capital | ☐ D _____<br>☒ E/F __3.10__<br>☐ G _____ |
| 2.48 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | 1DC Funding | ☐ D _____<br>☒ E/F __3.1__<br>☐ G _____ |
| 2.49 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | 1DC Funding | ☐ D _____<br>☒ E/F __3.2__<br>☐ G _____ |
| 2.50 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Nexi Funding | ☐ D _____<br>☒ E/F __3.21__<br>☐ G _____ |
| 2.51 | Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Cucumber Capital, LLC | ☐ D _____<br>☒ E/F __3.7__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Bean Brothers Landscaping, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    25-40201

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:
From 01/01/2025 to Filing Date | ☒ Operating a business | $2,266,203.15 |
   | | ☐ Other | |
   | For prior year:
From 01/01/2024 to 12/31/2024 | ☒ Operating a business | $3,440,136.36 |
   | | ☐ Other | |
   | For year before that:
From 01/01/2023 to 12/31/2023 | ☒ Operating a business | $1,426,679.90 |
   | | ☐ Other | |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from
each source
(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor  Bean Brothers Landscaping, LLC _____     Case number (if known)  25-40201 _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. Debtor Investigating | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. SEE ATTACHMENT | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Debtor Investigating | | $0.00 | |
| 4.2. SEE ATTACHMENT | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Cucumber Capital, LLC<br>c/o Neubert Pepe & Monteith, PC<br>72 Ruane St., 1st Floor<br>Fairfield, CT 06824 | Garnishment from bank account<br>Last 4 digits of account number: _____ | December 2024 | $24,000.00 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Bean Brothers Landscaping, LLC _____    Case number (if known) 25-40201 _____

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Cucumber Capital, LLC vs. Bean Brothers Hardware & Supply LLC et.al; filed in Fairfield, CT | Breach of Contract | | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.2. | Breeze Advance vs. Bean Brothers Landscaping & Supply, LLC et.al | Breach of Contract | | ☒ Pending ☐ On appeal ☐ Concluded |
| 7.3. | Finvest, LLC vs. Landscaping & Supply, LLC vs. et.at;    Court in New York, County of Niagra | | | ☒ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Iron Station Elementary 4207 NC-27 Iron Station, NC 28080 | Contribution | October 31, 2024 | $500.00 |
| | **Recipients relationship to debtor** None | | | |
| 9.2. | Sailview Swim Team 8046 Silver Jade Lane Denver, NC 28037 | Contribution | April 30, 2025 | $500.00 |
| | **Recipients relationship to debtor** None | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

Debtor  Bean Brothers Landscaping, LLC _____  Case number *(if known)*  25-40201

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |
| 2024 RAM 5500 dump truck and tools | $7,500.00 | June 2025 | $139,500.00 |

---

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Essex Richards, P.A. 1701 South Boulevard Charlotte, NC 28203 | | September 2, 2025 | $10,000.00 |
| | **Email or website address** jwoodman@essexrichards.com | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Mark Davis P.O. Box 934 Denver, NC 28037 | Payments for equipment and business buyout | Various | $42,000.00 |
| | **Relationship to debtor** None | | | |
| 13.2. | Skeeters 5679 So. NC-16 Hwy. Maiden, NC 28650 | Payment for contract buyout | Various | $20,000.00 |
| | **Relationship to debtor** None | | | |

Debtor   Bean Brothers Landscaping, LLC _____   Case number (if known) 25-40201

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.3. | Brett Knoles<br>5679 So. NC-16 Hwy.<br>Maiden, NC 28650 | Dump Trailer | Various | $6,000.00 |
| | Relationship to debtor<br>None | | | |

---

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | April 2020 to August 14, 2022 |

---

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If   debtor provides<br>meals and housing,<br>number of patients in<br>debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Credit Card # stored in Jobber Software

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

---

Debtor   Bean Brothers Landscaping, LLC _____    Case number *(if known)* 25-40201 _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Debtor  Bean Brothers Landscaping, LLC                          Case number *(if known)* 25-40201

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Kristen Bean<br>1869 Cline Farm Road<br>Lincolnton 28092 | September 2023 to present |
| 26a.2. | Scates & Sellers, CPA<br>2817 East Highway 27<br>Lincolnton, NC 28092 | September 2022 to present |
| 26a.3. | United Bookkeeping<br>Attn: Emily Nieto<br>122 E. Dixon Blvd.<br>Shelby, NC 28152 | September 2023 to present |
| 26a.4. | Nathan Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | 2023 to present |
| 26a.5. | Rom Jones Salva<br>Phillipines | 2023 |
| 26a.6. | Corey Parks<br>Hydrohelp911<br>111 Iron Station Rd.<br>Dallas, NC 28034 | 2024-2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Kristen Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | September 2023 to present |

Debtor    Bean Brothers Landscaping, LLC _____    Case number *(if known)* 25-40201 _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    United Bookkeeping<br>c/o Donna Scates, CPA<br>2817 East Highway 27<br>Lincolnton, NC 28092 | September 2023 to present |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    Scates & Sellers, CPA<br>2817 NC-27<br>Lincolnton, NC 28092 | 2022 to present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Kristen Beans<br>1869    Cline Farm Road<br>Lincolnton, NC 28092 | |
| 26c.2.    Scates & Sellers, CPA<br>c/o Donna Scates<br>2817 East Highway 27<br>Lincolnton, NC 28092 | |
| 26c.3.    Nathan Bean<br>1869 Cline Farm Road<br>Lincolnton, NC 28092 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Jim Lanier<br>1125 Old Willis School Rd.<br>Dallas, NC 28034 |
| 26d.2.    Adam Morrison<br>109 Ethel Drive<br>Stanley, NC 28164 |
| 26d.3.    Tabetha Moore<br>6458 Wingate Hill Road<br>Stanley, NC 28164 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor   Bean Brothers Landscaping, LLC _____   Case number *(if known)* 25-40201 _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Nathan Bean | 1869 Cline Farm Road<br>Lincolnton, NC 28092 | Member/Owner | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Debtor Investigating | | | |
| | **Relationship to debtor** | | | |
| 30.2. | SEE ATTACHMENT | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

**Name of the pension fund**                    **Employer Identification number of the pension fund**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   Bean Brothers Landscaping, LLC _____    Case number (if known)  25-40201 _____

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10-3-25_____

/s/   Nathan Bean    *Nathan Bean*              Nathan Bean _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

## LANDSCAPING - SoFA #3

| Transfers/Pa | 8/6/25-9/5/25 | | Amount | Type | Bank |
|---|---|---|---|---|---|
| Aug 29, 2025 | MARKHAM LANDSCAPE | | -21.6 | Vendor | First Federal Savings Bank |
| Aug 28, 2025 | MARKHAM LANDSCAPE | | -288.91 | Vendor | First Federal Savings Bank |
| Aug 12, 2025 | MARKHAM LANDSCAPE | | -1,331.08 | Vendor | First Federal Savings Bank |
| Aug 30, 2025 | MARKHAM LANDSCAPE | | -2,000.00 | Vendor | First Federal Savings Bank |
| Aug 14, 2025 | MARKHAM LANDSCAPE | | -2,000.00 | Vendor | First Federal Savings Bank |
| Sep 06, 2025 | MARKHAM LANDSCAPE | | -2,000.00 | Vendor | First Federal Savings Bank |
| Aug 08, 2025 | MARKHAM LANDSCAPE | | -2,632.63 | Vendor | First Federal Savings Bank |
| Aug 23, 2025 | MARKHAM LANDSCAPE | | -4,113.88 | Vendor | First Federal Savings Bank |
| Sep 03, 2025 | MARKHAM LANDSCAPE | | -240.75 | Vendor | First Federal Savings Bank |
| Aug 12, 2025 | MARKHAM LANDSCAPE | | -212.55 | Vendor | First Federal Savings Bank |
| Aug 05, 2025 | MARKHAM LANDSCAPE | | -281.61 | Vendor | First Federal Savings Bank |
| Aug 05, 2025 | Site One | | -313.67 | Vendor | First Federal Savings Bank |
| Aug 12, 2025 | Site One | | -192.02 | Vendor | First Federal Savings Bank |
| Sep 06, 2025 | Site One | | -134.71 | Vendor | First Federal Savings Bank |
| Aug 05, 2025 | Site One | | -3,878.94 | Vendor | First Federal Savings Bank |
| Aug 14, 2025 | Site One | | -1,583.11 | Vendor | First Federal Savings Bank |
| Aug 29, 2025 | Site One | | -44.85 | Vendor | First Federal Savings Bank |
| Aug 16, 2025 | Site One | | -572.43 | Vendor | First Federal Savings Bank |
| Aug 27, 2025 | Site One | | -197.81 | Vendor | First Federal Savings Bank |
| Aug 27, 2025 | Site One | | -409.47 | Vendor | First Federal Savings Bank |
| Aug 22, 2025 | Site One | | -409.47 | Vendor | First Federal Savings Bank |
| Aug 16, 2025 | Site One | | -0.01 | Vendor | First Federal Savings Bank |
| Aug 22, 2025 | Site One | | -1,258.59 | Vendor | First Federal Savings Bank |
| Aug 22, 2025 | Site One | | -409.47 | Vendor | First Federal Savings Bank |
| Sep 08, 2025 | Site One | | -409.6 | Vendor | First Federal Savings Bank |
| Aug 22, 2025 | Site One | | -409.47 | Vendor | First Federal Savings Bank |
| Aug 22, 2025 | Site One | | -247.13 | Vendor | First Federal Savings Bank |
| Aug 22, 2025 | Site One | | -279.86 | Vendor | First Federal Savings Bank |
| Sep 05, 2025 | SITEONE | | -769.33 | Vendor | First Federal Savings Bank |
| Sep 03, 2025 | INTERNET TFR FRM CHK 011857036 6 | | 5,000.00 | Transfer | First Federal Savings Bank |
| Aug 08, 2025 | INTERNET TFR FRM CHK 011857036 6 | | 4,000.00 | Transfer | First Federal Savings Bank |
| Aug 05, 2025 | INTERNET TFR TO CHK 0118570372 | | -3,200.00 | Transfer | First Federal Savings Bank |
| Sep 03, 2025 | INTERNET TFR TO CHK 0118570372 | | -3,500.00 | Transfer | First Federal Savings Bank |
| Jul 30, 2025 | INTERNET TFR TO CHK 0118570372 | | -12,199.95 | Transfer | First Federal Savings Bank |
| Sep 08, 2025 | INTERNET TFR TO CHK 0118570372 | | -12,014.74 | Transfer | First Federal Savings Bank |
| Sep 03, 2025 | INTERNET TFR TO CHK 0118570372 | | -5,410.77 | Transfer | First Federal Savings Bank |
| Jul 25, 2025 | INTERNET TFR TO CHK 0118570372 | | -11,000.00 | Transfer | First Federal Savings Bank |
| Aug 04, 2025 | INTERNET TFR TO CHK 0118570372 | | -4,465.51 | Transfer | First Federal Savings Bank |
| Sep 03, 2025 | INTERNET TFR FRM CHK 019361189 | | 3,200.00 | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR TO CHK 0118570372 | | -50,000.00 | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR TO CHK 0118570372 | | -15,924.21 | Transfer | First Federal Savings Bank |
| Aug 21, 2025 | INTERNET TFR TO CHK 0118570372 | | -3,200.00 | Transfer | First Federal Savings Bank |
| Aug 21, 2025 | INTERNET TFR TO CHK 0118570372 | | -2,500.00 | Transfer | First Federal Savings Bank |
| Aug 28, 2025 | INTERNET TFR TO CHK 0118570372 | | -500.00 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR TO CHK 0118570372 | | -4,400.00 | Transfer | First Federal Savings Bank |
| Jul 25, 2025 | INTERNET TFR TO CHK 0118570372 | | -1,360.00 | Transfer | First Federal Savings Bank |
| Jul 31, 2025 | INTERNET TFR TO CHK 0118570372 | | -20,451.10 | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR TO CHK 0118570372 | | -22,203.82 | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR TO CHK 0118570372 | | -12,500.00 | Transfer | First Federal Savings Bank |
| Aug 08, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 11, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 08, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 21, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |
| Aug 25, 2025 | INTERNET TFR TO CHK 0118570372 | | | Transfer | First Federal Savings Bank |

| Date | Description | Amount | Type | Bank |
|---|---|---|---|---|
| Aug 28, 2025 | INTERNET TFR TO CHK 0118570372 | -2,000.00 | Transfer | First Federal Savings Bank |
| Aug 28, 2025 | INTERNET TFR TO CHK 0118570372 | -34,103.11 | Transfer | First Federal Savings Bank |
| Sep 02, 2025 | INTERNET TFR TO CHK 0118570372 | -2,500.00 | Transfer | First Federal Savings Bank |
| Sep 02, 2025 | INTERNET TFR TO CHK 0118570372 | -1,500.00 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR TO CHK 0118570372 | -17,365.00 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR TO CHK 0118570372 | -21,375.18 | Transfer | First Federal Savings Bank |
| Aug 08, 2025 | INTERNET TFR TO CHK 0113931189 | -5,000.00 | Transfer | First Federal Savings Bank |
| Jul 21, 2025 | INTERNET TFR TO CHK 0113931189 | -1,000.00 | Transfer | First Federal Savings Bank |
| Jul 21, 2025 | TransToAcct0372 | 50,000.00 | Transfer | First Federal Savings Bank |
| Jul 31, 2025 | INTERNET TFR FRM CHK 0118570366 | 34,103.11 | Transfer | First Federal Savings Bank |
| Aug 05, 2025 | INTERNET TFR FRM CHK 0118570366 | 15,924.21 | Transfer | First Federal Savings Bank |
| Aug 08, 2025 | INTERNET TFR FRM CHK 0118570366 | 3,200.00 | Transfer | First Federal Savings Bank |
| Aug 11, 2025 | INTERNET TFR FRM CHK 0118570366 | 2,500.00 | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR FRM CHK 0118570366 | 4,400.00 | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR FRM CHK 0118570366 | 1,360.00 | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR FRM CHK 0118570366 | 20,451.10 | Transfer | First Federal Savings Bank |
| Aug 21, 2025 | INTERNET TFR FRM CHK 0118570366 | 22,203.82 | Transfer | First Federal Savings Bank |
| Aug 21, 2025 | INTERNET TFR FRM CHK 0118570366 | 12,500.00 | Transfer | First Federal Savings Bank |
| Aug 25, 2025 | INTERNET TFR FRM CHK 0118570366 | 500 | Transfer | First Federal Savings Bank |
| Aug 28, 2025 | INTERNET TFR FRM CHK 0118570366 | 2,000.00 | Transfer | First Federal Savings Bank |
| Sep 02, 2025 | INTERNET TFR FRM CHK 0118570366 | 34,103.11 | Transfer | First Federal Savings Bank |
| Sep 02, 2025 | INTERNET TFR FRM CHK 0118570366 | 17,365.00 | Transfer | First Federal Savings Bank |
| Aug 28, 2025 | INTERNET TFR FRM CHK 0118570366 | 2,500.00 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR FRM CHK 0118570366 | 1,500.00 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR FRM CHK 0113931189 | 3,500.00 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR FRM CHK 0113931189 | 12,074.74 | Transfer | First Federal Savings Bank |
| Sep 04, 2025 | INTERNET TFR FRM CHK 0113931189 | 12,199.95 | Transfer | First Federal Savings Bank |
| Aug 04, 2025 | INTERNET TFR FRM CHK 0113931189 | 5,410.77 | Transfer | First Federal Savings Bank |
| Aug 07, 2025 | INTERNET TFR FRM CHK 0113931189 | 11,000.00 | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR FRM CHK 0113931189 | 4,465.51 | Transfer | First Federal Savings Bank |
| Aug 14, 2025 | INTERNET TFR FRM CHK 0113931189 | 16,304.49 | Transfer | First Federal Savings Bank |
| Aug 21, 2025 | INTERNET TFR FRM CHK 0118570366 | 10,000.00 | Transfer | First Federal Savings Bank |
| Aug 04, 2025 | INTERNET TFR FRM CHK 0118570366 | 10,000.00 | Transfer | First Federal Savings Bank |
| Aug 04, 2025 | INTERNET TFR TO CHK 0118570366 | -4,000.00 | Transfer | First Federal Savings Bank |
| Aug 28, 2025 | INTERNET TFR TO CHK 0118570366 | -820.75 | Transfer | First Federal Savings Bank |
| Sep 02, 2025 | INTERNET TFR TO CHK 0113931189 | -820.75 | Transfer | First Federal Savings Bank |
| Aug 28, 2025 | INTERNET TFR TO CHK 0113931189 | | Transfer | First Federal Savings Bank |
| Sep 03, 2025 | INTERNET TFR TO CHK 0113931189 | | Transfer | First Federal Savings Bank |
| 06/17/2025 | Ally | -1,434.79 | | TRUST #6595 |
| 06/20/2025 | Ally | -1,462.61 | | TRUST #6595 |
| 06/20/2025 | Ally | -1,414.16 | | TRUST #6595 |
| 07/02/2025 | Ally | -1,234.40 | | TRUST #6595 |
| 07/08/2025 | Ally | -820.75 | | TRUST #6595 |
| 07/15/2025 | Ally | -1,434.79 | | TRUST #6595 |
| 07/15/2025 | Ally | -4,967.00 | MCA | TRUST #6595 |
| 06/10/2025 | Breeze Advance | -4,967.00 | MCA | TRUST #6595 |
| 06/17/2025 | Breeze Advance | -6,384.63 | MCA | TRUST #6595 |
| 06/30/2025 | Breeze Advance | -6,384.63 | | TRUST #6595 |
| 07/07/2025 | Breeze Advance | -16,919.11 | | TRUST #6595 |
| 07/18/2025 | Breeze Advance | -650 | | TRUST #6595 |
| 07/03/2025 | Farris Insurance | -2,306.92 | Vendor | TRUST #6595 |
| 06/16/2025 | KERR'S CONCRETE HICKORY NC US | -1,690.06 | Vendor | TRUST #6595 |
| 06/20/2025 | KERR'S CONCRETE HICKORY NC US | -6,384.63 | Vendor | TRUST #6595 |
| 06/20/2025 | KERR'S CONCRETE HICKORY NC US | -3,766.40 | Vendor | TRUST #6595 |
| 06/23/2025 | KERR'S CONCRETE HICKORY NC US | -1,663.85 | | TRUST #6595 |
| 06/23/2025 | KERR'S CONCRETE HICKORY NC US | | | |

2

| Date | Payee | Amount | Type | Bank |
|---|---|---|---|---|
| 06/26/2025 | KERR'S CONCRETE HICKORY NC US | -960.86 | Vendor | TRUIST #6595 |
| 06/04/2025 | KERR'S CONCRETE HICKORY NC US | -1,673.48 | Vendor | First Federal Savings Bank |
| 06/09/2025 | Lowes | -77.72 | Vendor | TRUIST #6595 |
| 06/09/2025 | Lowes | -166.46 | Vendor | TRUIST #6595 |
| 06/09/2025 | Lowes | -127.31 | Vendor | TRUIST #6595 |
| 06/09/2025 | Lowes | -48.02 | Vendor | TRUIST #6595 |
| 06/09/2025 | Lowes | -521.5 | Vendor | TRUIST #6595 |
| 06/10/2025 | Lowes | -124.84 | Vendor | TRUIST #6595 |
| 06/12/2025 | Lowes | -127.74 | Vendor | TRUIST #6595 |
| 06/12/2025 | Lowes | -29.57 | Vendor | TRUIST #6595 |
| 06/17/2025 | Lowes | -107.02 | Vendor | TRUIST #6595 |
| 06/20/2025 | Lowes | -22.18 | Vendor | TRUIST #6595 |
| 06/20/2025 | Lowes | -22.6 | Vendor | TRUIST #6595 |
| 06/20/2025 | Lowes | -293.35 | Vendor | TRUIST #6595 |
| 06/24/2025 | Lowes | -23.22 | Vendor | TRUIST #6595 |
| 06/27/2025 | Lowes | -119.41 | Vendor | TRUIST #6595 |
| 06/27/2025 | Lowes | -354.34 | Vendor | TRUIST #6595 |
| 06/30/2025 | Lowes | -356.4 | Vendor | TRUIST #6595 |
| 06/30/2025 | Lowes | -81.85 | Vendor | TRUIST #6595 |
| 06/30/2025 | Lowes | -337.15 | Vendor | TRUIST #6595 |
| 07/02/2025 | Lowes | -166.52 | Vendor | TRUIST #6595 |
| 07/02/2025 | Lowes | -41.59 | Vendor | TRUIST #6595 |
| 07/02/2025 | Lowes | -41.69 | Vendor | TRUIST #6595 |
| 07/02/2025 | Lowes | -64.11 | Vendor | TRUIST #6595 |
| 07/07/2025 | Lowes | -33.9 | Vendor | TRUIST #6595 |
| 07/07/2025 | Lowes | -40.02 | Vendor | TRUIST #6595 |
| 07/07/2025 | Lowes | -192.47 | Vendor | TRUIST #6595 |
| 07/08/2025 | Lowes | -128.74 | Vendor | TRUIST #6595 |
| 07/08/2025 | Lowes | -83.97 | Vendor | TRUIST #6595 |
| 07/11/2025 | Lowes | -810.65 | Vendor | TRUIST #6595 |
| 07/14/2025 | Lowes | -222.88 | Vendor | TRUIST #6595 |
| 07/14/2025 | Lowes | -634.07 | Vendor | TRUIST #6595 |
| 07/17/2025 | Lowes | -273.17 | Vendor | TRUIST #6595 |
| 07/22/2025 | Lowes | -240.11 | Vendor | TRUIST #6595 |
| 07/23/2025 | Lowes | -1,061.84 | Vendor | TRUIST #6595 |
| 07/28/2025 | Lowes | -194.98 | Vendor | TRUIST #6595 |
| 07/31/2025 | Lowes | -9.28 | Vendor | TRUIST #6595 |
| 08/01/2025 | Lowes | -62.02 | Vendor | TRUIST #6595 |
| 08/07/2025 | Lowes | -200.71 | Vendor | First Federal Savings Bank |
| 06/06/2025 | ON Deck Capital | -4,410.58 | MCA | First Federal Savings Bank |
| 06/13/2025 | ON Deck Capital | -4,410.58 | MCA | First Federal Savings Bank |
| 06/23/2025 | ON Deck Capital | -4,410.58 | MCA | First Federal Savings Bank |
| 07/11/2025 | ON Deck Capital | -4,925.11 | MCA | First Federal Savings Bank |
| 07/07/2025 | ON Deck Capital | -4,925.11 | MCA | TRUIST #6595 |
| 07/11/2025 | Rocket Capital | -4,925.11 | MCA | TRUIST #6595 |
| 06/06/2025 | Rocket Capital | -2,500.00 | MCA | TRUIST #6595 |
| 06/13/2025 | Rocket Capital | -4,797.00 | MCA | TRUIST #6595 |
| 06/20/2025 | Rocket Capital | -4,797.00 | MCA | TRUIST #6595 |

| Date | Payee | Amount | Type | Bank |
|---|---|---|---|---|
| 06/27/2025 | Rocket Capital | -4,797.00 | MCA | TRUIST #6595 |
| 07/07/2025 | Rocket Capital | -4,797.00 | MCA | TRUIST #6595 |
| 06/06/2025 | SITEONE LANDSCAPE SUPPLY | -201.18 | Vendor | TRUIST #6595 |
| 06/09/2025 | SITEONE LANDSCAPE SUPPLY | -549.4 | Vendor | TRUIST #6595 |
| 06/10/2025 | SITEONE LANDSCAPE SUPPLY | -277.74 | Vendor | TRUIST #6595 |
| 06/12/2025 | SITEONE LANDSCAPE SUPPLY | -579.16 | Vendor | TRUIST #6595 |
| 06/13/2025 | SITEONE LANDSCAPE SUPPLY | -467.31 | Vendor | TRUIST #6595 |
| 06/16/2025 | SITEONE LANDSCAPE SUPPLY | -1,119.82 | Vendor | TRUIST #6595 |
| 06/20/2025 | SITEONE LANDSCAPE SUPPLY | -151.53 | Vendor | TRUIST #6595 |
| 06/20/2025 | SITEONE LANDSCAPE SUPPLY | -334.34 | Vendor | TRUIST #6595 |
| 06/23/2025 | SITEONE LANDSCAPE SUPPLY | -79.64 | Vendor | TRUIST #6595 |
| 06/26/2025 | SITEONE LANDSCAPE SUPPLY | -1,400.08 | Vendor | TRUIST #6595 |
| 06/26/2025 | SITEONE LANDSCAPE SUPPLY | -1,135.22 | Vendor | TRUIST #6595 |
| 06/27/2025 | SITEONE LANDSCAPE SUPPLY | -154.53 | Vendor | TRUIST #6595 |
| 06/30/2025 | SITEONE LANDSCAPE SUPPLY | -38.68 | Vendor | TRUIST #6595 |
| 06/30/2025 | SITEONE LANDSCAPE SUPPLY | -310.5 | Vendor | TRUIST #6595 |
| 06/30/2025 | SITEONE LANDSCAPE SUPPLY | -47.43 | Vendor | TRUIST #6595 |
| 07/08/2025 | SITEONE LANDSCAPE SUPPLY | -239.92 | Vendor | TRUIST #6595 |
| 07/08/2025 | SITEONE LANDSCAPE SUPPLY | -813.56 | Vendor | TRUIST #6595 |
| 07/10/2025 | SITEONE LANDSCAPE SUPPLY | -301.18 | Vendor | TRUIST #6595 |
| 07/11/2025 | SITEONE LANDSCAPE SUPPLY | -417.48 | Vendor | TRUIST #6595 |
| 07/11/2025 | SITEONE LANDSCAPE SUPPLY | -150.59 | Vendor | TRUIST #6595 |
| 07/11/2025 | SITEONE LANDSCAPE SUPPLY | -118.41 | Vendor | TRUIST #6595 |
| 07/14/2025 | SITEONE LANDSCAPE SUPPLY | -49.46 | Vendor | TRUIST #6595 |
| 07/16/2025 | SITEONE LANDSCAPE SUPPLY | -1,242.97 | Vendor | TRUIST #6595 |
| 07/21/2025 | SITEONE LANDSCAPE SUPPLY | -276.09 | Vendor | First Federal Savings Bank |
| 07/23/2025 | SITEONE LANDSCAPE SUPPLY | -66.41 | Vendor | First Federal Savings Bank |
| 07/23/2025 | SITEONE LANDSCAPE SUPPLY | -3,528.61 | Vendor | First Federal Savings Bank |
| 07/23/2025 | SITEONE LANDSCAPE SUPPLY | -573.65 | Vendor | First Federal Savings Bank |
| 07/23/2025 | SITEONE LANDSCAPE SUPPLY | -129.5 | Vendor | First Federal Savings Bank |
| 07/29/2025 | SITEONE LANDSCAPE SUPPLY | -769.33 | Vendor | First Federal Savings Bank |
| 07/29/2025 | SITEONE LANDSCAPE SUPPLY | -380.7 | Vendor | First Federal Savings Bank |
| 07/29/2025 | SITEONE LANDSCAPE SUPPLY | -380.7 | Vendor | First Federal Savings Bank |
| 07/30/2025 | SITEONE LANDSCAPE SUPPLY | -65.62 | Vendor | First Federal Savings Bank |
| 07/30/2025 | SITEONE LANDSCAPE SUPPLY | -76.15 | Vendor | First Federal Savings Bank |
| 07/30/2025 | SITEONE LANDSCAPE SUPPLY | -379.48 | Vendor | First Federal Savings Bank |
| 07/31/2025 | SITEONE LANDSCAPE SUPPLY | -16.25 | Vendor | First Federal Savings Bank |
| 07/31/2025 | SITEONE LANDSCAPE SUPPLY | -291.43 | Vendor | First Federal Savings Bank |
| 08/01/2025 | SITEONE LANDSCAPE SUPPLY | -903.17 | Vendor | First Federal Savings Bank |
| 08/04/2025 | SITEONE LANDSCAPE SUPPLY | -281.61 | Vendor | First Federal Savings Bank |
| 08/07/2025 | SITEONE LANDSCAPE SUPPLY | -197.81 | Vendor | First Federal Savings Bank |
| 06/11/2025 | MARKHAM LANDSCAPE | -62.75 | Vendor | First Federal Savings Bank |
| 06/11/2025 | MARKHAM LANDSCAPE | -1,424.17 | Vendor | TRUIST #6595 |
| 06/23/2025 | MARKHAM LANDSCAPE | -1,130.97 | Vendor | TRUIST #6595 |
| 07/11/2025 | MARKHAM LANDSCAPE | -485.36 | Vendor | TRUIST #6595 |
| 07/22/2025 | MARKHAM LANDSCAPE | -1,215.52 | Vendor | First Federal Savings Bank |
| 07/23/2025 | MARKHAM LANDSCAPE | -309.02 | Vendor | First Federal Savings Bank |
| 07/28/2025 | MARKHAM LANDSCAPE | -71.98 | Vendor | First Federal Savings Bank |

4

**MARKHAM LANDSCAPE**

| Date | Type | Amount | Vendor | Description | Account # | Amount |
|---|---|---|---|---|---|---|
| 07/30/2025 | Expense | -481.51 | First Federal Savings Bank | | | |
| 05/06/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 9501E | TRUST #6595 AND DEBIT #1752 | -555.61 |
| 06/10/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 0403E | TRUST #6595 AND DEBIT #1752 | -257.95 |
| 06/13/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 0403E | TRUST #6595 AND DEBIT #1752 | -306.66 |
| 06/13/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 4703E | TRUST #6595 AND DEBIT #1752 | -495.17 |
| 06/13/2025 | Expense | | Yes | WEB DRAFT SHEFFIELD FIN WWW 2 | TRUST #6595 AND DEBIT #1752 | -497.54 |
| 06/13/2025 | Expense | | Yes | WEB DRAFT SHEFFIELD FIN WWW 2 | TRUST #6595 AND DEBIT #1752 | -285.21 |
| 06/23/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 640ZE | TRUST #6595 AND DEBIT #1752 | -669.49 |
| 06/23/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 3809E | TRUST #6595 AND DEBIT #1752 | -380.14 |
| 06/23/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 710SE | TRUST #6595 AND DEBIT #1752 | -1,100.46 |
| 06/26/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 0902E | TRUST #6595 AND DEBIT #1752 | -756.8 |
| 06/26/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 9501E | TRUST #6595 AND DEBIT #1752 | -555.61 |
| 07/01/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 0403E | TRUST #6595 AND DEBIT #1752 | -257.95 |
| 07/07/2025 | Expense | | Yes | WEB DRAFT SHEFFIELD FI 4001E | TRUST #6595 AND DEBIT #1752 | -427.54 |
| 07/07/2025 | Expense | | Yes | WEB DRAFT SHEFFIELD FIN WWW 2 | TRUST #6595 AND DEBIT #1752 | -455.17 |
| 06/16/2025 | Expense | | Yes | TRANS PMT 360 SHEFFIELD FI 4703E | TRUST #6595 AND DEBIT #1752 | -306.66 |
| 07/11/2025 | Expense | | Yes | SUPER-SOD 04-29 WWW SUPERSOE | TRUST #6595 AND DEBIT #1752 | -373.6 |
| 07/11/2025 | Expense | | Yes | SUPER-SOD 04-29 WWW.SUPERSOE | TRUST #6595 AND DEBIT #1752 | -2,160.00 |
| 07/10/2025 | Expense | | Yes | SUPER-SOD 04-29 WWW.SUPERSOE | TRUST #6595 AND DEBIT #1752 | -1,965.00 |
| 06/26/2025 | Expense | | Yes | SUPER SOD229-4823131 GA US | TRUST #6595 AND DEBIT #1752 | -453.6 |
| 07/14/2025 | Deposit | | Yes | SUPER SOD229-4823131 GA US | TRUST #6595 AND DEBIT #1752 | 250 |
| 07/11/2025 | Expense | | Yes | SUPER SOD229-4823131 GA US | TRUST #6595 AND DEBIT #1752 | -1,788.50 |
| 07/14/2025 | Expense | | Yes | SUPER SOD229-4823131 GA US | TRUST #6595 AND DEBIT #1752 | -706.8 |
| 07/29/2025 | Expense | | Yes | SUPER SOD-07-11 CHARLESTON SC | TRUST #6595 AND DEBIT #1752 | |
| 06/20/2025 | Expense | | Yes | SUPER SOD 04-29 WWW.SUPERSOE | TRUST #6595 AND DEBIT #1752 | |
| 06/05/2025 | Expense | | Yes | SUPER SOD229-4823131 GA US | TRUST #6595 AND DEBIT #1752 | |
| 06/15/2025 | Trust | -1,119.24 | Loan Payment: IL | Loan Payment: IL PYMT TRUST 9001 BEAN BRO0L00( | FFSB - Landscaping | |
| 06/15/2025 | Trust | 39 | Credit Card | LATE PAYMENT FEE | TRUST #6595 AND DEBIT #1752 | |
| 06/15/2025 | Trust | 39 | Credit Card | LATE PAYMENT FEE | TRUST #6595 AND DEBIT #1752 | |
| 06/15/2025 | Trust | 20 | Credit Card | LATE PAYMENT FEE | TRUST #6595 AND DEBIT #1752 | |
| 06/20/2025 | Trust | 39 | Credit Card | LATE PAYMENT FEE | TRUST #6595 AND DEBIT #1752 | |
| 06/20/2025 | Trust | 116.99 | Credit Card | PURCHASE *FINANCE CHARGE* | CC# 6126 | |
| 06/20/2025 | Trust | 213.83 | Credit Card | PURCHASE *FINANCE CHARGE* | CC# 1901 | |
| 06/20/2025 | Trust | 29.33 | Credit Card | PURCHASE *FINANCE CHARGE* | CC# 1935 | |
| 06/20/2025 | Trust | -5 | Credit Card | WITHDRAWAL LIMIT FEE | CC# 2966 | |
| 06/20/2025 | Trust | -846.83 | Credit Card | MOBILE TO ***9001 - TRUST ONLIN( | TRUST #6595 AND DEBIT #1752 | |
| 06/23/2025 | Trust | 1.61 | Credit Card | — | CC OD# 6126 | |
| 06/20/2025 | Trust | 71.16 | Fee | SERVICE CHARGES - PRIOR PERIOC | CC OD# 6126 | |
| 06/20/2025 | Trust | -1.56 | Credit Card | SERVICE CHARGES - PRIOR PERIOC | TRUST #6609 SAVINGS | |
| 06/25/2025 | Trust | -126.11 | Credit Card | WITHDRAWAL LIMIT FEE | TRUST #6609 SAVINGS | |
| 06/26/2025 | Trust | -5 | Credit Card | WITHDRAWAL LIMIT FEE | TRUST #6609 SAVINGS | |
| 06/15/2025 | Trust | -5 | Fee | RETURNED ITEM FEE | TRUST #6609 SAVINGS | |
| 06/15/2025 | Trust | -36 | Fee | INTEREST PAYMENT | TRUST #6609 SAVINGS | |
| 06/30/2025 | Trust | 0.11 | Fee | OVERDRAFT FEE | TRUST #6609 SAVINGS | |
| 07/07/2025 | Trust | -783.61 | Fee | Loan Payment: IL PYMT TRUST 9002 BEAN BRO0L00( | TRUST #6595 AND DEBIT #1752 | |
| 07/07/2025 | Trust | -36 | Fee | OVERDRAFT FEE | TRUST #6595 AND DEBIT #1752 | |
| 07/07/2025 | Trust | -1,119.24 | Interest | Loan Payment: IL PYMT TRUST 9001 BEAN BROL00( | TRUST #6595 AND DEBIT #1752 | |
| 06/30/2025 | Trust | -1,594.97 | Loan Payment: IL | OVERDRAFT FEE | TRUST #6595 AND DEBIT #1752 | |
| 06/26/2025 | Trust | -36 | Fee | OVERDRAFT FEE | TRUST #6595 AND DEBIT #1752 | |
| 06/30/2025 | Trust | -36 | Loan Payment: IL | OVERDRAFT FEE | TRUST #6595 AND DEBIT #1752 | |
| 07/08/2025 | Trust | -36 | Fee | OVERDRAFT FEE | TRUST #6595 AND DEBIT #1752 | |
| 07/08/2025 | Trust | -38 | Fee | OVERDRAFT FEE | TRUST #6595 AND DEBIT #1752 | |
| 07/11/2025 | Trust | | Fee | | | |

Column totals: 6546.16   7956.43

| Date | Bank | Amount | Type | Description | Reference |
|---|---|---|---|---|---|
| 07/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/14/2025 | Truist | -36 | Fee | OVERDRAFT FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/14/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/14/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/14/2025 | Truist | 36 | Fee | NO CHARGE POSITIVE AVAIL. BAL | TRUIST #6595 AND DEBIT #1752 |
| 07/14/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | 36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | -36 | Fee | REPRESENTED ITEM | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/16/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/17/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/17/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/17/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | 36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/18/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | OVERDRAFT FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/24/2025 | Truist | -211.61 | Interest | SERVICE CHARGES - PRIOR PERIOD | TRUIST #6595 AND DEBIT #1752 |
| 07/24/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |

| Date | Bank | Amount | Type | Description | Reference |
|---|---|---|---|---|---|
| 07/25/2025 | Truist | 35 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | REPRESENTED ITEM | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | REPRESENTED ITEM | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/25/2025 | Truist | 35 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 35 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 35 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 35 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | DAILY CAP OF 3 FEES | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | 36 | Fee | REPRESENTED ITEM | TRUIST #6595 AND DEBIT #1752 |
| 08/08/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/07/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/20/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 07/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/11/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/12/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |

7

| Date | Bank | Amount | Type | Description | Note |
|---|---|---|---|---|---|
| 08/13/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/13/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/13/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/14/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/14/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/15/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/18/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/19/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/21/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/22/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/22/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/25/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 08/26/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/28/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/29/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/29/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 08/29/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 09/02/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 09/02/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 09/02/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 09/03/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 09/03/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |
| 09/03/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGE | TRUIST #6595 AND DEBIT #1752 |

| Date | Name | Amount | Type | Description | Account |
|---|---|---|---|---|---|
| 09/03/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 09/04/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 09/04/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 09/05/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 09/05/2025 | Truist | -36 | Fee | RETURNED ITEM FEE NOT CHARGED | TRUIST #6595 AND DEBIT #1752 |
| 09/05/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 09/05/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 09/05/2025 | Truist | -36 | Fee | RETURNED ITEM FEE | TRUIST #6595 AND DEBIT #1752 |
| 06/30/2025 | Westside Market & Grill - Fuel | -642.58 | Vendor | | Truist 6595 |
| 07/10/2025 | Westside Market & Grill - Fuel | -3,001.08 | Vendor | | Truist 6595 |
| 07/23/2025 | Westside Market & Grill - Fuel | -5,681.70 | Vendor | | First Federal Savings Bank |

**LANDSCAPING - SoFA No. 4 and No. 30**

| DATE | RECIPIENT | PURPOSE | | AMOUNT |
|---|---|---|---|---|
| 09/15/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $114.43 |
| 09/15/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $37.92 |
| 09/15/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $38.62 |
| 09/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2950 | $39.30 |
| 09/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2951 | $23.30 |
| 09/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $724.32 |
| 09/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $243.54 |
| 09/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $64.18 |
| 09/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $81.23 |
| 09/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $374.49 |
| 09/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $7.02 |
| 09/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $55.17 |
| 09/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $776.77 |
| 09/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $297.41 |
| 09/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $392.53 |
| 09/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $51.32 |
| 09/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 0648 | $534.99 |
| 09/22/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 6111 | $187.21 |
| 09/22/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1943 / Nov 6111 | $178.07 |
| 09/22/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 0648 | $76.98 |
| 09/22/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 0648 | $8.41 |
| 09/23/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $1,110.97 |
| 09/23/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 0648 | $87.37 |
| 09/25/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1950 / Nov 1539 | $128.40 |
| 09/25/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | -$306.44 |
| 09/25/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | TRUST #8595 AND DEBIT #1752 | $24.60 |
| 09/25/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $164.65 |
| 09/25/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 0648 | $52.43 |
| 09/25/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $34.22 |
| 10/16/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1950 / Nov 1539 | $11.76 |
| 10/17/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1801 | $428.00 |
| 10/17/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $126.25 |
| 10/17/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $566.07 |
| 10/17/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1378 / Nov 0648 | $1,560.70 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 2956 | $62.05 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CHECK #1031 | -$15,240.31 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LINC | $728.40 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 7685 / Nov 8534 | $53.02 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE704-/ | $728.40 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 7685 / Nov 8534 | $874.24 |
| 10/18/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE704-/ | $226.68 |
| 10/19/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 0086 / Nov 3713 | $154.04 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE704-/ | $118.60 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 7685 / Nov 8534 | $116.80 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 0988 / Nov 3776 | $33.47 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE704-/ | $118.70 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 0988 / Nov 3776 | $236.67 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE704-/ | $1,448.99 |
| 10/20/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 7685 / Nov 8534 | $212.95 |
| 10/21/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 0988 / Nov 3776 | $62.00 |
| 10/21/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | CC# 1935 | $177.97 |

1

| Date | Name | Description | Reference | Amount |
|---|---|---|---|---|
| 10/21/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 1919 / Nov 8273 | $10.37 |
| 10/21/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 7885 / Nov 8534 | $1,594.12 |
| 10/21/2024 | Bean Brothers Hardware | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 7885 / Nov 8534 | $114.83 |
| 10/22/2024 | Bean Brothers Hardware | Office Rent | ONLINE TO ***7934- TRUST ON.IN / Nov 3776 | $46.97 |
| 10/23/2024 | Expense | Vendor Expense for materials/Equipment | ONLINE TO ***7934- TRUST ON.IN / Nov 3776 | $1,453.53 |
| 10/23/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 1935 / Nov 3776 | $2,244.05 |
| 10/23/2024 | Expense | Vendor Expense for materials/Equipment | CHECK #1045 | $1,811.30 |
| 10/24/2024 | Expense | Vendor Expense for materials/Equipment | CHECK #1045 | $2,168.74 |
| 10/24/2024 | Expense | Vendor Expense for materials/Equipment | CC# 1927 / Nov 8004 | $50.88 |
| 10/25/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1927 / Nov 8004 | $582.01 |
| 10/25/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 1927 / Nov 8004 | $90.02 |
| 10/27/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 7885 / Nov 8934 | $12.20 |
| 10/27/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 7885 / Nov 8934 | $52.07 |
| 10/27/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $1,947.70 |
| 10/27/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 1935 | $68.46 |
| 10/27/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 1935 | $32.09 |
| 10/30/2024 | Expense | Vendor Expense for materials/Equipment | CHECK #1075 | $33,225.07 |
| 10/31/2024 | Expense | Vendor Expense for materials/Equipment | CHECK #1075 | $44.98 |
| 11/27/2024 | Expense | Vendor Expense for materials/Equipment | TRUST #6595 AND DEBIT #1752 | $55.60 |
| 11/27/2024 | Expense | Vendor Expense for materials/Equipment | TRUST #6595 AND DEBIT #1752 | $171.72 |
| 11/27/2024 | Expense | Vendor Expense for materials/Equipment | CC# 1943 / Nov 6111 | $379.72 |
| 11/28/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 2956 | $20.32 |
| 11/28/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $2,391.57 |
| 11/28/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 1935 | $1,641.20 |
| 12/09/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 1935 | $8,400.92 |
| 12/11/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 1935 | $12.83 |
| 12/11/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 1901 | $16.05 |
| 12/11/2024 | Expense | Office Rent | CHECK #1086 | $14.43 |
| 12/11/2024 | Expense | Vendor Expense for materials/Equipment | CHECK #1087 Christmas Gifts for BBL | $6,752.20 |
| 12/11/2024 | Expense | Vendor Expense for materials/Equipment | CHECK #1084 Terry Hardware Job | $2,500.00 |
| 12/12/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $53.70 |
| 12/12/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 1901 | $17.74 |
| 12/13/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $44.34 |
| 12/13/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $1,266.89 |
| 12/13/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// ON.INE TO ***7921- TRUST ON.IN | $56.79 |
| 12/16/2024 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 UNC/ TRUST #6595 AND DEBIT #1752 | $37.73 |
| 01/06/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 UNC/ TRUST #6595 AND DEBIT #1752 | $102.72 |
| 01/16/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 UNC/ TRUST #6595 AND DEBIT #1752 | $138.01 |
| 01/17/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 UNC/ TRUST #6595 AND DEBIT #1752 | $284.68 |
| 01/19/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 UNC/ CC# 2956 | $84.18 |
| 01/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 UNC/ CC# 1901 | $14.97 |
| 01/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 1901 | $88.80 |
| 01/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 1935 | $230.87 |
| 01/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $739.20 |
| 01/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $69.07 |
| 01/26/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/INC//CC# 2956 | $69.62 |
| 01/26/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $40.69 |
| 01/27/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $3.95 |
| 01/27/2025 | Expense | Vendor Expense for BBM pulled from BBL | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $31.86 |
| 01/27/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $9.62 |
| 01/27/2025 | LEVY LIEN GARNISHMENT | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-// CC# 2956 | $115.36 |
| 01/27/2025 | LEVY LIEN GARNISHMENT | Vendor Expense for BBM pulled from BBL | LEVY LIEN GARNISHMENT | $523,399.04 |
| 01/28/2025 | | Vendor Expense for materials/Equipment | TRUST #6595 AND DEBIT #1752 | $98.45 |

| Date | Type | Description | Payee / Memo | Amount |
|---|---|---|---|---|
| 01/31/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1901 | $14.99 |
| 02/02/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1901 | $53.99 |
| 02/02/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $123.01 |
| 02/05/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $16.96 |
| 02/05/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $10.15 |
| 02/09/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $24.89 |
| 02/09/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $64.18 |
| 02/09/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $53.52 |
| 02/12/2025 | Expense | Vendor Expense for materials/Equipment | CHECK #508 | $16.97 |
| 02/19/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $7.27 |
| 02/19/2025 | Expense | Office Rent | CHECK #509 | $37,332.88 |
| 02/19/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $46.38 |
| 02/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $7.27 |
| 02/21/2025 | Expense | Vendor Expense for materials/Equipment | CHECK #5051 | $520.32 |
| 02/21/2025 | Expense | Vendor Expense for materials/Equipment | CHECK #5047 | $35.21 |
| 02/24/2025 | Expense | Vendor Expense for materials/Equipment | CHECK #5046 | $3,120.03 |
| 02/24/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $564.46 |
| 02/24/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $7.22 |
| 02/24/2025 | Expense | Vendor Expense for materials/Equipment | Cards for Office | $50.78 |
| 02/26/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $14.015 |
| 02/26/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 2056 | $111.27 |
| 02/27/2025 | Expense | Office Rent | Cleaning Supplies | $10.16 |
| 02/27/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/LNCC/CC# 1935 | $12.77 |
| 03/03/2025 | Expense | Vendor Expense for materials/Equipment | ONLINE TO ****7814 - TRUST #6595 AND DEBIT #1752 | $1,782.73 |
| 03/05/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 02-19 LNCC/CC# 2956 | $36.11 |
| 03/24/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-11 LNCC/TRUST #6595 AND DEBIT #1752 | $2.41 |
| 03/24/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-20 LNCC/TRUST #6595 AND DEBIT #1752 | $217.73 |
| 03/24/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-22 704-/ TRUST #6595 AND DEBIT #1752 | $20.32 |
| 03/17/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-11 LNCC/TRUST #6595 AND DEBIT #1752 | $76.15 |
| 03/17/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-13 LNCC/TRUST #6595 AND DEBIT #1752 | $305.19 |
| 03/24/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1935 | $24.80 |
| 03/20/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1935 | $7.22 |
| 03/20/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-18 LNCC/TRUST #6595 AND DEBIT #1752 | $173.98 |
| 03/31/2025 | Expense | Vendor Expense for materials/Equipment | ONLINE TO ****7814 - TRUST #6595 AND DEBIT #1752 | $1,453.53 |
| 03/31/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1901 | $14.98 |
| 04/07/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1935 | $17.77 |
| 04/07/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-04 LNCC/ CC# 2956 | $77.00 |
| 04/09/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-07 LNCC/TRUST #6595 AND DEBIT #1752 | $2.41 |
| 04/09/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 03-28 LNCC/TRUST #6595 AND DEBIT #1752 | $14.98 |
| 04/10/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-08 LNCC/TRUST #6595 AND DEBIT #1752 | $401.49 |
| 04/11/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-09 LNCC/TRUST #6595 AND DEBIT #1752 | $72.15 |
| 04/10/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-14 LNCC/TRUST #6595 AND DEBIT #1752 | $610.51 |
| 04/21/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-17 704-/ TRUST #6595 AND DEBIT #1752 | $293.38 |
| 04/23/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-09 LNCC/TRUST #6595 AND DEBIT #1752 | $53.83 |
| 04/23/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-21 LNCC/TRUST #6595 AND DEBIT #1772 | $99.90 |
| 04/23/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-21 LNCC/ CC# 1935 | $24.80 |
| 04/23/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-21 LNCC/TRUST #6595 AND DEBIT #1772 | $35.20 |
| 04/25/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 04-21 LNCC/TRUST #6595 AND DEBIT #1772 | $48.14 |
| 04/22/2025 | Expense | Office Rent | BEAN BROTHERS HARD 04-21 LNCC/ CC# 1935 | $35.20 |
| 04/30/2025 | Expense | Vendor Expense for materials/Equipment | ONLINE TO ****7814 - TRUST #6595 AND DEBIT #1752 | $1,735.26 |
| 05/01/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1901 | $16.85 |
| 05/01/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 2056 | $44.98 |
| 05/01/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 1901 | $377.91 |
| 05/08/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARDWARE/704-/ CC# 2056 | $213.85 |
| 05/08/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 05-07/704-/ CC# 2056 | $256.80 |
| 05/12/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 05-08 LNCC/TRUST #6595 AND DEBIT #1752 | $278.20 |
| 05/15/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 05-08 LNCC/TRUST #6595 AND DEBIT #1752 | $82.32 |
| 05/02/2025 | Expense | Vendor Expense for materials/Equipment | MOBILE TO ****7814 - TRUST ONLIN/TRUST #6595 AND DEBIT #1752 | $34.07 |
| 05/02/2025 | Expense | Office Rent | | $86.26 |
| | | | | $1,453.53 |

4

| Date | Category | Vendor Expense | Description | Amount |
|---|---|---|---|---|
| 06/30/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 06-27 704-7 TRUST #6595 AND DEBIT #1792 | -$1,283.76 |
| 08/30/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 06-27 704-7 TRUST #6595 AND DEBIT #1792 | -$653.84 |
| 07/01/2025 | Expense | Vendor Expense for materials/Equipment | BEAN BROTHERS HARD 06-27 704-7 TRUST #6595 AND DEBIT #1792 | -$645.03 |
| 07/30/2025 | Expense | Office Rent | MOBILE TO ****7614 - TRUST DN TRUST #6595 AND DEBIT #1792 | -$1,453.53 |
| 10/01/2024 | Collier Medical | Office Rent | - TRUST #6595 AND DEBIT #1752 | -$1,453.53 |
| 11/01/2024 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1752 | -$1,155.00 |
| 12/02/2024 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1752 | -$1,155.00 |
| 12/02/2024 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1752 | -$1,275.00 |
| 12/25/2024 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 | -$535.00 |
| 01/02/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$2,495.00 |
| 02/03/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$100.00 |
| 03/03/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$1,385.00 |
| 04/01/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$1,990.00 |
| 05/01/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$1,856.00 |
| 06/02/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$1,855.00 |
| 07/01/2025 | Collier Medical | Medical on Nathan, Kristen, Isaac, Emerald | $120 monthly out of the full bill TRUST #6595 AND DEBIT #1792 | -$1,600.00 |
| 02/24/2025 | Hydrohelp | Crawlspace correction on personal home | $120 monthly out of the full bill TRUST #6595 | -$1,270.00 |
| | | | $11,828.71 Trust 6595 | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of North Carolina

In re   Bean Brothers Landscaping, LLC _____    Case No.    25-40201 _____
                                    Debtor(s)                      Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ..................................................................    $    Fees & Expenses
     Prior to the filing of this statement I have received.....................................................    $    $10,000.00
     Balance Due........................................................................................................    $    Pending Fee
                                                                                                Application

2.   The source of the compensation paid to me was:
     ☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:
     ☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy
        of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other
        adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this
bankruptcy proceeding.

Oct. 3, 2025 _____
Date

/s/ John C. Woodman
John C. Woodman
*Signature of Attorney*
ESSEX RICHARDS PA
1701 South Boulevard
Charlotte, NC 28203
(704) -37-7-43x00  Fax: (704) -37-2-13x57
jwoodman@essexrichards.com
*Name of law firm*

---