**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

```
------------------------------------------------------- x
In re:                                                 :
                                                       :      Chapter 11
BEAN BROTHERS LANDSCAPING, LLC,                        :
                                                       :      Case No.: 25-40201
                                        Debtor.        :
                                                       :
------------------------------------------------------- x
```

**MOTION TO CONFIRM STAY NOT IN EFFECT OR, IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY**

Now comes United Bank, by and through counsel, and moves this court for an Order confirming that the automatic stay under 11 U.S.C. § 362(d) is not in effect as to the indebtedness owed to United Bank and related Vehicle (hereinafter defined) or, in the alternative, relief from the automatic stay pursuant to 11 U.S.C. § 362(d) and Rule 4001 of the Bankruptcy Rules of Procedure (the "Motion"). In support of the Motion, United Bank shows unto the court as follows:

1.      This matter is a core proceeding pursuant to 28 U.S.C. § 157 and the court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334. The court has the authority to hear this matter pursuant to the General Order of Reference entered by the United States Bankruptcy Court for the Western District of North Carolina.

2.      On or about August 19, 2022, United Bank extended a loan to the Nathan Edward Bean ("Nathan Bean") to finance the purchase of a 2020 RAM 2500, VIN No. 3C6UR5JL0LG116786 (the "Vehicle").

3.      In conjunction with this loan, Nathan Bean executed a Retail Installment Sale Contract in favor of Carolina Auto Direct ("Carolina Auto"), Contract No. ******8708-*0001 in

WBD (US) 4897-8933-5446v2

the principal amount of $68,234.00 (the "Contract"). A true and accurate copy of the Contract is attached hereto as **Exhibit A**.

4.      By its terms, Carolina Auto assigned the Contract to United Bank.

5.      United Bank perfected its lien and security interest in the Vehicle by notation on the Certificate of Title, title no 77472322242068F (the "Certificate of Title").  A true and accurate copy of the Certificate of Title is attached hereto as **Exhibit B**.

6.      The Vehicle is and has always been owned by Nathan Bean as evidenced by the Certificate of Title.

7.      On September 5, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 to commence the above-referenced case (the "Chapter 11 Case").

8.      The Debtor has listed the Vehicle in its schedules under Schedule A/B.

9.      The Debtor has not made a single payment to United Bank since the Petition Date.

10.      Prior to the Petition Date, Nathan Bean ceased making payments to United Bank and has not made a single payment to United Bank since the Petition Date.

11.      The Debtor has represented in its schedules that the value of the Vehicle is $20,000.00. *See* Vol. Pet., ECF No. 1.

12.      The balance due on the Contract as of the Petition Date was $44,838.35

13.      The balance due on the Contract as of the filing of this Motion is $46,307.75

14.      United Bank seeks and order confirming that the stay is not in effect as to the Vehicle or, in the alternative, relief from the automatic stay in order to exercise its rights and remedies under the Contract.

## BASIS FOR RELIEF

15.      11 U.S.C. § 362 provides, in relevant part,

2

> . . . a petition . . . operates as a stay, applicable to all entities, of . . .
> any act to obtain possession of *property of the estate or of property
> from the estate* or to exercise control over *property of the estate*[,] .
> . . any act to create, perfect, or enforce any lien against *property of
> the estate*[,] . . . any act to create, perfect, or enforce against *property
> of the debtor* any lien to the extent that such lien secures a claim that
> arose before the commencement of the case under this title[,] . . .
> [and] any act to collect, assess, or recover a claim *against the debtor*
> that arose before the commencement of the case under this title[.]

11 U.S.C. § 362(a)(2–6) (emphasis added).

16.     In the Fourth Circuit, courts have consistently rejected attempts by entity debtors to extend the automatic stay to protect property of their principals. See *In re Riverfront Properties, LLC*, 405 B.R. 570 (Bankr. D.S.C. 2009); *In re Robert F. Youngblood Const. Co.*, Case No. 12-01188–8–RDD, 2012 WL 987751 (Bankr. E.D.N.C. March 22, 2012).

17.     "[T]he automatic stay protects only the debtor, property of the debtor, and property of the estate" and "does not stay collection actions against other parties who may be liable with the debtor, nor does it stay actions against property that is not property of the estate" (*In re Moore*, 410 B.R. 439 (Bankr. E.D.V.A. 2009).

18.     The Contract was signed by Nathan Bean, not the Debtor. As such the automatic stay does not protect collection of the balance due under the Contract nor the repossession of the Vehicle.

19.     Even if the Debtor was party to the Contract, as a result of the default under the Contract, United Bank is entitled to relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) for cause because no adequate protection of United Bank's interest has been provided, there is substantial risk of continuing loss to or diminution of the Vehicle, and the Vehicle is not necessary for the Debtor's successful reorganization.

20.     Cause exists for relief from the automatic stay under 11 U.S.C. § 362(d)(2) because

3

there is no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization.

21.     If United Bank is not granted relief from stay and permitted to take possession of the Vehicle, then United Bank will suffer irreparable injury, loss, and damage by virtue of the decreasing value of the Vehicle and the estate.

22.     Because the Vehicle must be maintained and sold promptly to maximize its value, sufficient cause exists to waive the requirements of Rule 4001 such that the order granting relief from the automatic stay will be effective upon entry by the Court.

WHEREFORE, United Bank prays for the Court to grant the following relief:

1.     To enter an Order confirming that the automatic stay in effect as to the Vehicle nor non-debtor Nathan Bean; or

2.     To enter an Order modifying the automatic stay imposed by 11 U.S.C. § 362(a) to allow United Bank to exercise its rights and remedies under the Contract and in accordance with applicable state law;

3.     To award United Bank reimbursement of its attorney's fees and costs to be added to the balance of its claim; and

4.     To grant such other and further relief as the court deems just and appropriate.

Dated: March 11, 2026                         WOMBLE BOND DICKINSON (US), LLP

/s/ Eudora F. S. Arthur
Eudora F. S. Arthur (NC Bar No. 59854)
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Phone: (919) 755-2178
Email: Dorie.Arthur@wbd-us.com

*Counsel for United Bank*

4

WBD (US) 4897-8933-5446v2

# EXHIBIT A

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE
THIS IS A CONSUMER CREDIT DOCUMENT

DEAL#: 0010713

| Buyer Name and Address (including County and Zip Code) | Co-Buyer Name and Address (including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| NATHAN EDWARD BEAN 1869 CLINE FARM ROAD LINCOLNTON, NC 28092 | NA | CAROLINA AUTO DIRECT LLC 484 N. GENERALS BLVD LINCOLNTON, NC 28092 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2020 | RAM 2500 BIG HOR | 3C6UR5JL0LG116786 | Personal, family, or household unless otherwise indicated below ☐ business ☐ agricultural ☐ ___ NA |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $0.00 |
|---|---|---|---|---|
| 6.50% | $17104.96 | $68234.00 | $85338.96 (e) | $85338.96 |

(e) means an estimate

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 84 | $1015.94 | MONTHLY beginning 10/03/2022 |
| NA | NA | NA |
| | NA | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $15.00.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (including $ 1831.65 sales tax) — $ 62287.75 (1)

2. Total Downpayment =
   Trade-In: NA NA NA (Year) (Make) (Model)
   - Gross Trade-In Allowance — $ NA
   - Less Pay Off Made By Seller to NA — $ NA
   - Equals Net Trade In — $ NA
   - + Cash — $ NA
   - + Other NA — $ NA
   - + Other NA — $ NA
   - + Other NA — $ NA
   (If total downpayment is negative, enter "0" and see 4I below) — $ 0.00 (2)

3. Unpaid Balance of Cash Price (1 minus 2) — $ 62287.75 (3)

4. Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):
   - A. Cost of Optional Credit Insurance Paid to Insurance Company or Companies
     - Life $ NA
     - Disability $ NA — $ NA
   - B. Vendor's Single Interest Insurance Paid to Insurance Company — $ NA
   - C. Other Optional Insurance Paid to Insurance Company or Companies — $ NA
   - D. Optional Gap Contract PARTNERS ALLIANCE — $ 1200.00
   - E. Official Fees Paid to Government Agencies NA — $ NA
   - F. Government Taxes Not Included in Cash Price NA — $ NA
   - G. Government License and/or Registration Fees NA — $ NA
     - LIC/REG FEES — $ 237.25
   - H. Government Certificate of Title Fees — $ NA
   - I. Other Charges (Seller must identify who is paid and describe purpose):
     - to NA for Prior Credit or Lease Balance — $ NA
     - to CAROLINA AUTO DIRE for DOCUMENTARY FEE — $ 599.00
     - to CAPITAL for CAPITAL — $ 3910.00
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
     - to NA for NA — $ NA
   - Total Other Charges and Amounts Paid to Others on Your Behalf — $ 5946.25 (4)

5. Amount Financed (3 + 4) — $ 68234.00 (5)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before NA , Year NA . SELLER'S INITIALS NA

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 84 Mos.   PARTNERS ALLIANCE (Name of Gap Contract)

I want to buy a gap contract. Buyer Signs X _Nathan Bean_

☐ **VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance):** If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. You may choose the insurance company through which the VSI insurance is obtained. If you elect to purchase VSI insurance through the Creditor, the cost of this insurance is $ NA and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

### Insurance Panel (right column)

Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below. If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

#### Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
- Credit Life $ NA
- Credit Disability $ NA
- Insurance Company Name NA
- Home Office Address NA

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

#### Other Optional Insurance
☐ Type of Insurance NA Term NA
- Premium $ NA
- Insurance Company Name NA
- Home Office Address NA

☐ Type of Insurance NA Term NA
- Premium $ NA
- Insurance Company Name NA
- Home Office Address NA

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost. I want the insurance checked above.

X NA  Buyer Signature  NA Date
X NA  Co-Buyer Signature  NA Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**Returned Check Charge:** You agree to pay a charge of $35.00 if any check you give us is dishonored.

### NO COOLING OFF PERIOD

State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X _____ Co-Buyer Signs X NA
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
See back for other important agreements.

**NOTICE TO RETAIL BUYER:** Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.

You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.

Buyer Signs X _Nathan Bean_ Date 08/19/22  Co-Buyer Signs X NA Date NA
Buyer Printed Name NATHAN EDWARD BEAN  Co-Buyer Printed Name
If the "business" use box is checked in "Primary Use for Which Purchased", Print Name _____ Title

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X NA  Address NA
Seller signs CAROLINA AUTO DIRECT LLC  Date 08/19/22  By X _____ Title F+I

Seller assigns its interest in this contract to UNITED BANK (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse  ☑ Assigned without recourse  ☐ Assigned with limited recourse
Seller CAROLINA AUTO DIRECT LLC
By _____ Title F+I

ORIGINAL LIENHOLDER

OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

**a. How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

**b. How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

**c. How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

**d. You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

**a. If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

**b. Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

**c. Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed in it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

**d. Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

**e. What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

**a. You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

**b. You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

**c.** [partially obscured] attorney to collect what you owe, you will pay attorney's fees and court costs the law allows. The maximum attorney's fees you will pay will be 15% of the amount you owe.

**d. We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

**e. How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

**f. We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

**g. What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**
**Unless the Seller makes an express warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract or sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

**6. SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

**7. APPLICABLE LAW**
Federal law and the law of the state of North Carolina apply to this contract.

---

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

Form No. 553-NC 10/19

# EXHIBIT B

# STATE OF NORTH CAROLINA

MVR-191 (Rev. 06/2022)

## CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 3C6UR5JL0LG116786 | 2020 | RAM | TK |

TITLE NUMBER
77472322242068F

TITLE ISSUE DATE
09/25/2025

PREVIOUS TITLE NUMBER

**ODOMETER READING**
026218

**ODOMETER STATUS**

**TITLE BRANDS**

MAIL TO

UNITED BANK  ATTEN LISA HAGER
1200 GROSSCUP AVENUE
DUNBAR  WV 25064-  7043

SHIPPING WEIGHT
6919

OWNER(S) NAME AND ADDRESS

NATHAN EDWARD BEAN
1869 CLINE FARM RD
LINCOLNTON  NC  28092-7043



The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens, if any, herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

*Paul Tine*

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER:        DATE OF LIEN 08/19/2022
UNITED BANK
PO BOX 720
WILMINGTON  OH  45177-0720

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

SECOND LIENHOLDER:       DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

THIRD LIENHOLDER:        DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

FOURTH LIENHOLDER:       DATE OF LIEN

LIEN RELEASED BY:
SIGNATURE_____
TITLE_____ DATE_____

ADDITIONAL LIENS:

07464374

68F  T1C68F2

## ANY ALTERATIONS OR ERASURES VOID TITLE

## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify: That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; That on this day, I served a copy of the foregoing Motion on:

> Bean Brother Landscaping, LLC
> 1869 Cline Farm Road
> Lincolnton, NC 28092
> *Debtor*

> Nathan Edward Bean
> 1869 Cline Farm Road
> Lincolnton, NC 28092
> *Party in Interest*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion was served by electronic means through the Court's CM/ECF service on:

> John C. Woodman, Esq.
> *Attorney for Debtor*

> Shelley K. Abel, Esq.
> *Bankruptcy Administrator*

> 1DC Funding LLC
> *Interested Party*

> Benjamin Rhodes
> *Attorney to Interested Party Nathan Bean*

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  March 11, 2026

WOMBLE BOND DICKINSON (US), LLP

/s/ Eudora F. S. Arthur
Eudora F. S. Arthur (NC Bar No. 59854)
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Phone: (919) 755-2178
Email: Dorie.Arthur@wbd-us.com

*Counsel for United Bank*

5

WBD (US) 4897-8933-5446v2