**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:

BEAN BROTHERS LANDSCAPING,
LLC,
      DEBTOR

CHAPTER 11
CASE NO.: 25-40201

**NOTICE OF OPPORTUNITY FOR HEARING**

NOTICE IS HEREBY GIVEN that United Bank ("United"), by and through counsel, has filed a Motion to Confirm Stay Not in Effect or, in the alternative, for Relief from Automatic Stay on March 11, 2026 (D.E. # 180).

TAKE FURTHER NOTICE that any response, including objection, to the relief requested in the Motion to Confirm Stay Not in Effect or, in the alternative, for Relief from Automatic Stay should be filed with the Clerk of the Bankruptcy Court within FOURTEEN (14) days of the date of this Notice and a copy served on the attorney identified below and upon other parties as required by law or court order. Any response shall clearly identify the specific motion or application to which the response is directed.

TAKE FURTHER NOTICE that the court will conduct a hearing on **April 8, 2026 at 9:30 a.m. at the United States Bankruptcy Court for the Western District of North Carolina, 401 West Trade Street, Room 2A, Charlotte, North Carolina 28677**.  No further notice of this hearing will be given.

Dated:  March 16, 2026

WOMBLE BOND DICKINSON (US) LLP

By:    /s/ Eudora F. S. Arthur
       Eudora F. S. Arthur (NC Bar No. 59854)
       555 Fayetteville Street, Suite 1100
       Raleigh, NC 27601
       Phone: (919) 755-2178
       Email: Dorie.Arthur@wbd-us.com

## CERTIFICATE OF SERVICE

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify under penalty of perjury:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, a copy of the foregoing <u>Notice of Opportunity for Hearing</u> was served by depositing the same in the United States mail, first class, postage prepaid or by electronic means through the court's CM/ECF service on:

Bean Brother Landscaping, LLC
1869 Cline Farm Road
Lincolnton, NC 28092
*Debtor*

Nathan Edward Bean
1869 Cline Farm Road
Lincolnton, NC 28092
*Party in Interest*

John C. Woodman, Esq.
*Attorney for Debtor*
VIA CM/ECF

Shelley K. Abel, Esq.
*Bankruptcy Administrator*
VIA CM/ECF

1DC Funding LLC
*Interested Party*
VIA CM/ECF

Benjamin Rhodes
*Attorney to Interested Party Nathan Bean*
VIA CM/ECF

Dated:  March 16, 2026                    WOMBLE BOND DICKINSON (US) LLP

                                          By:  /s/ Eudora F. S. Arthur
                                               Eudora F. S. Arthur

                                          *Counsel for United Bank*