**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

| | | |
|---|---|---|
| **BEAN BROTHERS LANDSCAPING, LLC** | ) | **Case No. 25-40201** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## DEBTOR'S RESPONSE TO MOTION TO CONFIRM STAY NOT IN EFFECT OR, IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY

**NOW COMES** BEAN BROTHERS LANDSCAPING, LLC (the "Debtor"), and hereby objects to the *Motion To Confirm Stay Not In Effect Or, In The Alternative, For Relief From Automatic Stay* [Doc. No. 180] (the "Motion") filed by March 11, 2026 by United Bank (the "Movant"). The Debtor requests that: (i) the Motion be denied, (ii) that the Court hold a hearing on the Motion; (iii) that to the extent such hearing is preliminary, that the stay continue in effect pending final adjudication of the Motion; and (iv) alternatively, if the Motion is granted, that Bankruptcy Rule 4001(a)(3) not be waived.

**WHEREFORE**, the Debtor respectfully requests that the Court deny the relief sought in the Motion and grant such other and further relief as is just and proper.

Dated: Charlotte, North Carolina
March 26, 2026.

**ESSEX RICHARDS, P.A.**

 /s/ *John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
E-mail: jwoodman@essexrichards.com
*Attorney for the Debtor*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2026, I electronically filed the attached *DEBTOR'S RESPONSE TO MOTION TO CONFIRM STAY NOT IN EFFECT OR, IN THE ALTERNATIVE, FOR RELIEF FROM AUTOMATIC STAY* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

Shelley K. Abel, U.S. Bankruptcy Administrator
Eudora F.S. Arthur, Attorney for United Bank

I further certify that the same was served on the parties listed below by mailing a copy of the same in an envelope addressed to each party with proper postage attached and deposited in an official depository under the exclusive care and custody of the United States Postal Service on March 26, 2026.

Eudora F.S. Arthur
555 Fayetteville Street, Ste. 1100
Raleigh, NC 27601

**ESSEX RICHARDS, P.A.**

 /s/John C. Woodman
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
E-mail: jwoodman@essexrichards.com
*Attorney for the Debtor*