FILED & JUDGMENT ENTERED

Christine F. Ramsey

April  17  2026

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

---

------------------------------------------------------------ x

In re:                                               :
                                                     :      Chapter 11
BEAN BROTHERS LANDSCAPING, LLC,   :
                                                     :      Case No.: 25-40201
                                      Debtor.   :
                                                     :
------------------------------------------------------------ x

### ORDER CONFIRMING AUTOMATIC STAY NOT IN EFFECT
### AS TO UNITED BANK'S COLLATERAL

Upon consideration of United Bank's Motion to Confirm Stay Not in Effect or, in the

Alternative, for Relief from Automatic Stay (the "Motion") and any objection to the Motion; and

after due deliberation thereon; and good cause having been shown and found; it is, by the United

States Bankruptcy Court for the Western District of North Carolina, hereby:

**ORDERED**, that the automatic stay of 11 U.S.C. § 362 is not in effect as to one (1) 2020

RAM 2500, VIN No. 3C6UR5JL0LG116786 (the "Collateral") and United Bank is not prevented,

by the automatic stay, from exercising its rights and remedies under applicable non-bankruptcy

under the Contract executed by Nathan Bean in favor of United Bank in the principal amount of

$68,234.00  for the financed purchase of the Collateral; and it is further

ORDERED, that United Bank is permitted to apply the proceeds of any disposition of the

Collateral to the outstanding indebtedness due and owing United Bank, including principal,

interest, late fees, attorneys' fees, and costs as allowed by the Contract and applicable law.

This Order has been signed
electronically. The judge's
signature and court's seal appear
at the top of the Order.

United States Bankruptcy Court